**EXHIBIT A**

**REPORT—INDETERMINATE SENTENCE, OTHER SENTENCE CHOICE**

FORM CR 291

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN BERNARDINO
**BRANCH** VICTORVILLE DESERT DIST.

COURT I.D.: 36120   F 51014

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: SANDERS, GREGORY L.
AKA: [redacted]   D-001
☒ PRESENT   ☐ NOT PRESENT

CASE NUMBER(S):
BCR 1231 -A
-B
-C
-D
-E

REPORT TO JUDICIAL COUNCIL OF: ☒ INDETERMINATE SENTENCE TO STATE PRISON  ☐ SENTENCE CHOICE OTHER THAN STATE PRISON

DATE OF HEARING (MO)(DAY)(YR): 11 09 88
DEPT. NO.: DD-1
JUDGE: JOSEPH JOHNSTON
CLERK: LORETTA WREN
REPORTER: KAREN BEY
COUNSEL FOR PEOPLE: L. ROOT
COUNSEL FOR DEFENDANT: J. CROUCH
PROBATION NO. OR PROBATION OFFICER: NOT PRESENT

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:

A. ☐ ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT _____

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO/DAY/YEAR | CONVICTION BY JURY TRIAL | COURT TRIAL | PLEA | 654 STAY | 12022(a) | 12022(b) | 12022.3(a) | 12022.3(b) | 12022.5 | 12022.6(a) | 12022.6(b) | 12022.7 | 12022.8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 187(a) | MURDER 2nd DEG | 88 | 11 09 88 |  |  | X |  | X |  |  |  |  |  |  |  |  |

2. A. Number of prior prison terms charged and found

| SECTION | NUMBER |
|---|---|
| 667.5(a) |  |
| 667.5(b) |  |
| 667.6(b) |  |

B. Number of prior felony convictions

| SECTION | NUMBER |
|---|---|
| 667.6(a) |  |

3. ☐ Defendant was sentenced to death on counts _____, _____, _____, _____, _____.
4. ☒ Defendant was sentenced to State Prison:
   A. ☒ For life, or a term such as 15 years to life, with possibility of parole, on counts __1__, _____, _____, _____, _____.
   B. ☐ For life without the possibility of parole on counts _____, _____, _____, _____, _____.
   C. ☐ For other term prescribed by law on counts _____, _____, _____, _____, _____.
5. ☐ Counts _____, _____, _____, _____, were deemed misdemeanors.
   A. ☐ Defendant sentenced to _____ days in county jail for all counts.
   B. ☐ Defendant fined in sum of $ _____.
   ☐ For counts _____, _____, _____, the defendant was placed on probation.
   A. (1) ☐ Sentence pronounced and execution of sentence was suspended; or
      (2) ☐ Imposition of sentence was suspended.
   B. Conditions of probation included ☐ Jail Time _____ days   ☐ Fine

Other dispositions
   ☐ Defendant was committed to California Youth Authority.
   ☐ Proceedings suspended, and defendant was committed to California Rehabilitation Center.
   ☐ Proceedings suspended, and defendant was committed as a Mentally Disordered Sex Offender.
   ☐ Proceedings suspended, and defendant was committed as mentally incompetent.
   ☒ Other (Specify): FOR SPEC. ALLEG. PC12022(b) DEFT. SENT TO 1 YR ST. PRISON TO RUN CONSECUTIVE TO CT 1

Type of Filing:
☒ Information
☐ Certification
☐ Indictment

Length of Probation:
N/A months

Credit for Time Served:
425

PURSUANT TO ARTICLE VI, SECTION 6 OF THE CALIFORNIA CONSTITUTION AND SECTION 68505 OF THE GOVERNMENT CODE, THE CHIEF JUSTICE REQUIRES THAT EACH SUPERIOR COURT SHALL COMPLETE THIS FORM FOR EACH INDETERMINATE SENTENCE TO STATE PRISON OR SENTENCE CHOICE OTHER THAN STATE PRISON. THE REPORTS IMPLEMENT SECTION 1170.4 OF THE PENAL CODE AND SHALL BE MAILED TO: ADMINISTRATIVE OFFICE OF THE COURTS, 350 McALLISTER, 3200 STATE BUILDING, SAN FRANCISCO, CALIFORNIA 94102.

11-21-88   SIGNATURE OF CLERK: [signature]

REPORT—INDETERMINATE SENTENCE, OTHER SENTENCE CHOICE
FORM CR 291 (10/1/81) — 1984 TEST VERSION

Const., Art. VI, § 6
Pen C. 1170.4, 1170.6
85 94422

PINK, YELLOW—Court File   WHITE—AOC   GREEN+8715—BCS   GOLDENROD+8715—Arresting Agency

| | FOR COURT USE ONLY |
|---|---|
| Insert name of court, branch court, if any, and mailing address<br>**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO**<br>**DESERT DISTRICT**<br>**14455 CIVIC DR., VICTORVILLE, CA 92392** | **ORIGINAL FILED**<br>**DEC 2 1988**<br>**COUNTY CLERK**<br>**COUNTY OF SAN BERNARDINO** |

| PEOPLE OF THE STATE OF CALIFORNIA | | |
|---|---|---|
| **DEFENDANT:** SANDERS, GREGORY L. | [X] Present   [ ] Not Present | |
| [X] JUDGMENT OF COMMITMENT TO:   [XX] STATE PRISON   [ ] COUNTY JAIL<br>[ ] ORDER GRANTING PROBATION   [ ] AND MINUTE ORDER | | CASE NUMBER: **BCR 1231** |
| Date of hearing: 11-09-88 | Dept. No.: DD-1 | |
| Judge: JOSEPH JOHNSTON | Clerk: LORETTA WREN | Reporter: KAREN BEY |
| Counsel for People: L. ROOT | Counsel for defendant: J. CROUCH | Probation Officer: NOT PRESENT |

1. Defendant was convicted of the commission of the following crime on (Date): 11-09-88

| Count | Code Section | Crime | Degree | By Jury, Court or Plea (Specify) |
|---|---|---|---|---|
| 1 | PC 187(a) | MURDER | 2nd | PLEA |

2. Defendant [ ] was arraigned  [X] waived arraignment for judgment.
3. The court, having read and considered the probation report and no legal cause having been shown why judgment should not be pronounced
   a. [X] Sentences defendant to State Prison for the term ~~prescribed by law~~. /16 YEARS TO LIFE
   b. [ ] Specifies, pursuant to Pen. C. 1202b, the minimum term of imprisonment shall be six months as to count: . . . . . . . .
   c. [ ] Sentences defendant to County Jail for the period of (Specify number of days): . . . . . . . . . .
   d. [ ] Suspends imposition of sentence and defendant is placed on probation for the period of: . . . . . . . . . .
          [ ] upon conditions set forth in attachment 3d.
4. [ ] Defendant, convicted of more than one count, shall
   a. [ ] serve the sentence as to each count as follows:
          Count          Consecutive With          Concurrent with

   b. [ ] serve the counts made consecutive in the following order:

5. Defendant shall serve this sentence with respect to any prior uncompleted sentence  a. [ ] concurrently.  b. [ ] consecutively.
   c. [ ] as set forth below or in attachment 5c.

6. Execution of sentence is
   a. [ ] stayed on the following count: . . . . . . . . . . . . . . . pending appeal, with the stay to become permanent
          when the sentence is completed as to count: . . . . . . . . . . . . . .
   b. [ ] suspended and defendant is placed on probation for the period of: . . . . . . . . . .
          [ ] upon conditions set forth in attachment 6b.
7. [ ] No allegation to enhance punishment was made in count: . . . . .
8. [X] It was alleged
   a. [X] Defendant was armed with a deadly weapon at the time of the commission or attempted commission of the crime charged
          in count: 1 . . . . . . . . . . . [ ] and allegation stricken as to count: . . . . . . . . . . .

(Continued on reverse side)

This form satisfies the requirements of Penal Code 1213.5 (Abstract of Judgment and Commitment). Singular includes the plural. This form is to be used in judgments other than death. A copy of probation report shall accompany this form pursuant to Penal Code 1203c and a copy of any supplementary probation report shall be transmitted to the Department of Corrections. Attachments may be used but must be incorporated by reference.

Form Approved by the
Judicial Council of California          **JUDGMENT-COMMITMENT**          Pen C. 644, 969c, 969d, 1203, 1213.5,
                                                                          3024, 12022, 12022.5.

b. ☐ Defendant used a firearm in count: . . . . . . . . . ☐ and allegation stricken as to count: . . . . . . . . . .
c. ☐ Defendant was armed at the time of arrest with a concealed deadly weapon within the meaning of Pen. C. 3024
   ☐ and allegation stricken.
d. ☐ Other (Specify and indicate if stricken): . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

9. ☒ The Court finds the defendant
   a. ☒ was armed at the time of commission or attempted commission of the crime with a deadly weapon within the meaning of
      (1) ☐ Pen C. 3024 as to count: . . . . . . . . ☐ but strikes the finding as to count: . . . . . . . . . .
      (2) ☒ Pen C. 12022 (b) as to count: . . 1 . . . . . . ☐ but strikes the finding as to count: . . . . . . . . . .
      (3) ☐ Pen C. 1203 (Specify weapon): . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
          as to count: . . . . . . . . . . ☐ but strikes the finding as to count: . . . . . . . . . .
   b. ☐ was *not* armed at the time of commission or attempted commission of the crime within the meaning of
      (1) ☐ Pen C. 3024 as to count: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
      (2) ☐ Pen C. 12022 as to count: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
      (3) ☐ Pen C. 1203 as to count: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   c. ☐ *did* use a firearm as to count: . . . . . . . . . . . . . ☐ but strikes the finding as to count: . . . . . . .
      (1) ☐ The use was one use for the following counts: . . . . . . . . . . . . The additional penalty shall
          run consecutively to the sentence on the last count to be served.
   d. ☐ *did not* use a firearm as to count: . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   e. ☐ *was* armed at the time of arrest with a concealed deadly weapon within the meaning of Pen. C. 3024 ☐ but strikes
        the finding.
   f. ☐ *was not* armed at the time of arrest with a concealed deadly weapon within the meaning of Pen. C. 3024.
   g. ☒ Other (Specify and indicate if stricken): COURT FINDS DEFT. GUILTY OF SPEC. ALLEG.
      PC12022(b)  SENT. TO 1 YR. ST. PRISON TO RUN CONSECUTIVELY TO CT 1

10. ☐ Prior convictions which affect defendant's sentence were alleged and disposed of ☐ as follows ☐ as set forth in
    attachment 10.
    Conviction date    Jurisdiction    Crime and code Section    Applies to Count    Disposition

11. The court finds defendant   a. ☐ is  ☐ is not an habitual criminal under Pen C. 644a.
                                b. ☐ is  ☐ is not an habitual criminal under Pen C. 644b.
12. The court pronounced sentence on (Date): 11-09-88 . . . . and defendant was held in custody, through and including
    the date of pronouncement of sentence for (Total no. of days): 425 . . . . . . as follows
    Count         Time other than Dept. of Corrections              Dept. of Corrections Time

13. Defendant is remanded to the custody of the Sheriff
    a. ☐ For the period of (Specify no. of days): . . . . . ☐ upon conditions and recommendations set forth in attachment 13a.
    b. ☒ To be delivered  ☒ at the earliest convenient time  ☐ after 48 hours, excluding Saturdays, Sundays and holidays
       [Pen C. 1203c] into the custody of the Director of Corrections at
       (1) ☐ California Institution for Women—Frontera      (3) ☒ California Institution for Men—Chino
       (2) ☐ California Men's Facility—Vacaville            (4) ☐ Other:
14. ☐ The court requests a copy of the diagnostic study and recommendations as provided in Pen C. 1168.
15. The court advised defendant of all appeal rights as required in CRC Rule 250 and defendant acknowledged understanding them.
16. ☐ Other (See attachment 16)

Dated: Dec 2, 1988   JOSEPH JOHNSTON    *(signature)*
                    (Type or print name)    (Signature) Judge of the Superior Court

TOTAL NO. of boxes checked: . . 10 . .   **CLERK'S CERTIFICATE**
I hereby certify that the foregoing is a correct copy of the original on file in my office.

Clerk of the Superior Court

[Seal]                              By _____ Deputy

12-2-88   *Donna Pugh*