# EXHIBIT B
# Part 1 of 2

| 15-10600-401 Rev 3/86 (CR1) SHERIFF'S DEPARTMENT COUNTY OF SAN BERNARDINO, CA. UNIFORM CRIME REPORT | 1. CODE SECTION ☒ F ☐ M ☐ Other PC 187 | 2. CRIME DEFINITION MURDER/GUNSHOT | | 3. CASE NUMBER-STATION DR 88007009-09 H 30-88 |
|---|---|---|---|---|
| 03800 | 4. ASSIGNED MO-DAY/YEAR TIME 2/1/88, 1040 Hrs. | 5. ARRIVED MO-DAY/YEAR TIME 2/1/88, 1230 | 6. BEAT | 7. REPORT DIST MORONGO |
| 8. OCCURRED DAY-OF-WEEK/MO-DAY/YR./TIME Monday, 2/1/88, Approx. 1015 Hrs. | 9. REPORTED MO-DAY/YEAR TIME 2/1/88, 1020 | 10. LOCATION OF OCCURRENCE 1919 Yucca Mesa, Landers, CA | CITY | 92284 |

CODES FOR BOXES 12 & 22 ARE:    V = VICTIM    W = WITNESS    RP = REPORTING PARTY    DC = DISCOVERED CRIME    IP = INVOLVED PARTY

**VICTIM WITNESSES**

| 11. NAME: LAST, FIRST MIDDLE (FIRM NAME IF A BUSINESS) | 12. | 13. RESIDENCE ADDRESS-STREET-CITY-ZIP | 14. RESIDENCE PHONE |
|---|---|---|---|
| STEINBRING, LARRY J. (Deceased) | V | 1919 Yucca Mesa Landers, California 92284 | (619) 364-3511 |

| 15. OCCUPATION Unemployed | 16. RACE/SEX W/M | 17. AGE 39 | 18. DOB M-D-YR 2/28/48 | 19. BUSINESS ADDRESS-STREET-CITY-ZIP N/A | 20. BUSINESS PHONE ( ) |
|---|---|---|---|---|---|

| 21. NAME: LAST, FIRST MIDDLE (FIRM NAME IF A BUSINESS) | 22. | 23. RESIDENCE ADDRESS-STREET-CITY-ZIP | 24. RESIDENCE PHONE |
|---|---|---|---|
| SANDERS, SHAWNEE LEA | V | 1919 Yucca Mesa Landers, CA 92284 | (619) 364-3511 |

| 25. OCCUPATION Unemployed | 26. RACE/SEX W/F | 27. AGE 28 | 28. DOB M-D-YR 9/7/59 | 29. BUSINESS ADDRESS-STREET-CITY-ZIP N/A | 30. BUSINESS PHONE ( ) |
|---|---|---|---|---|---|

**SUSPECTS**

| 31. SUSPECT NO. 1    LAST, FIRST MIDDLE | 32. RACE/SEX | 33. AGE | 34. HEIGHT | 35. WEIGHT | 36. HAIR | 37. EYES | 38. DOB M-D-Y | 39. ARRESTED | 40. INTERVIEWED |
|---|---|---|---|---|---|---|---|---|---|
| SANDERS, GREGORY L. | W/M | 36 | 5'6" | 150 | Blnd | Hzl | 11/3/51 | ☒ YES ☐ NO | ☒ YES ☐ NO |

| 41. RESIDENCE ADDRESS-STREET-CITY-ZIP 1919 Yucca Mesa, Landers, CA | 42. CLOTHING AND OTHER IDENTIFYING MARKS/CHARACTERISTICS |
|---|---|

| 43. SUSPECT NO. 2    LAST, FIRST MIDDLE | 44. RACE/SEX | 45. AGE | 46. HEIGHT | 47. WEIGHT | 48. HAIR | 49. EYES | 50. DOB M-D-Y | 51. ARRESTED | 52. INTERVIEWED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ☐ YES ☐ NO | ☐ YES ☐ NO |

| 53. RESIDENCE ADDRESS-STREET-CITY-ZIP | 54. CLOTHING AND OTHER IDENTIFYING MARKS/CHARACTERISTICS |
|---|---|

**INCIDENT / CRIME / STATS**

| 55. CHECK IF MORE NAMES IN CONTINUATION ☒ YES ☐ NO | 56. ADDITIONAL INFORMATION ☒ VICTIM ☒ WITNESS ☐ OFFICER ☐ OTHER |
|---|---|

| 57. PHYSICAL EVIDENCE RECOVERED ☒ YES ☐ NO | 58. PHOTOGRAPHS TAKEN ☒ YES ☐ NO | 59. LATENT PRINTS LIFTED ☒ YES ☐ NO |
|---|---|---|

| 60. VEHICLE ✓ TYPE S | 61. COLOR Gray primer over green | 62. YR. 73 | 63. MAKE Dodge | 64. MODEL Dart | 65. BODY TYPE 2 door | 66. LICENSE VYT026 | 67. STATE AZ | 68. DAMAGE/ODDITY/ACCESSORIES |
|---|---|---|---|---|---|---|---|---|

| 69. ROBBERY | WEAPON: ☐ FIREARM ☐ CUTTING INSTRUMENT | ☐ OTHER DANGEROUS WEAPON ☐ STRONG ARM | LOCATION: ☐ HIGHWAY ☐ CONVENIENCE STORE | ☐ OTHER BUSINESS ☐ RESIDENCE | ☐ SERV. STATION ☐ BANK    ☐ MISC. |
|---|---|---|---|---|---|

| 70. ASSAULTS | WEAPON: ☒ FIREARM | ☐ KINFE/CUTTING INSTRUMENT | ☐ OTHER DANGEROUS WEAPON | ☐ HANDS/FEET | ☐ SIMPLE/NO INJURY |
|---|---|---|---|---|---|

| 71. BURGLARY | ☐ NIGHT ☐ DAY ☐ UNKNOWN | ☐ FORCIBLE ENTRY ☐ ATTEMPT BY FORCE | ☐ ENTRY-NO FORCE | ☐ RESIDENCE ☐ NON-RESIDENCE (BUILDING) |
|---|---|---|---|---|

| 72. LARCENY | ☐ PICKPOCKET ☐ PURSE-SNATCH | ☐ SHOPLIFT ☐ FROM MOTOR VEHICLE | ☐ MOTOR VEHICLE PARTS ☐ BICYCLES | ☐ FROM: BLDG; NOT SHOPLIFT OR MACHINES ☐ FROM COIN-OPERATED MACHINES | ☐ ALL OTHERS |
|---|---|---|---|---|---|

| 73. PROPERTY TYPES & VALUES | STOLEN | | STOLEN | | STOLEN |
|---|---|---|---|---|---|
| CURRENCY, NOTES | $ | TV, STEREO, ETC. | $ | CONSUMMABLE GOODS | $ |
| JEWELRY | $ | FIREARMS | $ | LIVESTOCK | $ |
| CLOTHING, FURS | $ | HOUSEHOLD GOODS | $ | OTHER MISC. | $ |
| OFFICE EQUIPMENT | $ | ☐ IDENTIFIABLE PROPERTY TAKEN ☐ NCIC ENTRY COMPLETED | | TOTAL | $ |

| 74. DOMESTIC VIOLENCE INJURIES: ☐ NONE ☐ MINOR ☒ MAJOR | WEAPONS: ☒ YES ☐ NO |
|---|---|

| 75. PEACE OFFICER ASSAULTED/ARSON ☐ YES, IF YES, COMPLETE BOXES 1, 2, 3, 4, AND 34 OR 35 ON CR-4 FORM |
|---|

**SYNOPSIS**

76. SYNOPSIS

Victims are boyfriend/girlfriend.  While they are in the bedroom at female V's mother's house (SA#10), the suspect, female's estranged husband, enters the same bedroom and shoots both victims.  The male victim dies of his wounds at the scene.  The female victim is transported to nearby hospital where she is treated and remains in stable condition.  Suspect flees scene and is arrested a short distance away from scene by Sheriff's Helicopter crew.

| 77. REPORTING OFFICER Tesselaar | 78. EMP. # T-0284 | 79. DATE 2/2/88 LM | 80. REVIEWED BY | DATE | 81. ROUTED TO ☐ SUBMIT TO DA ☐ IMMEDIATE FOLLOW UP | ☐ OTHER: |
|---|---|---|---|---|---|---|

①

OVERALL DRAWING OF 1919 YUCCA MESA    (not to scale)

LEGEND:  C--closet    K--kitchen
         D--door      W--washroom
         F--fence
         G--gate

N

Car

Porch

Livingroom

MOBILE HOME

Bedroom

D

C

C

C

Bedroom

Bedroom

K

Diningroom

Bath

Bath

D

D

Awning

F

6GYZ
Bla
motorcycle

F

yard

yard

G

F

ET7R
Blue
motorcycle

Garage

porch

D

D

G

F

Van

Truck

2E4J710

3DZ008

Y
U
C
C
A

M
E
S
A

○  Telephone pole

CHERRY  BLOSSOM

②



EXPLODED VIEW DRAWING OF THE SOUTHWEST BEDROOM AT 1919 YUCCA MESA (not to scale

Legend:
B --- blanket
P --- pillow
🗌 --- cigarette pack
☕ --- coffee  mug
🌑 --- ashtray

③



WING OF THE NORTHWEST BEDROOM OF 1919 YUCCA MESA    (not to scale)

ING OF THE END OF THE MOBILE HOME AT 1919 YUCCA MESA AS SEEN FROM

A MESA.    (drawing is not to scale)

SHERIFF'S DEPARTMENT

County of San Bernardino
California

CA 03600

| CODE SECTION PC 187 | CRIME MURDER | CLASSIFICATION GUNSHOT | REPORT AREA |
|---|---|---|---|

| VICTIM'S NAME — LAST NAME STEINBRING/SANDERS | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|

| ADDRESS | RESIDENCE | BUSINESS | PHONE ( ) |
|---|---|---|---|

WITNESS INTERVIEW:  HOBBS  (Continued)                                    Page 2

The witness went on to tell me that early last month, January 1988, she received a telephone call from Greg Sanders, the suspect in this case.  He indicated to her (Hobbs), that he would be out towards the end of the month and that when he was there, he said she (referring to Shawnee, his wife), could then decide between him and Larry (Larry Steinbring, the daughter's boyfriend).  Hobbs said that last Wednesday or Thursday, January 27th or 28th, Greg showed up at her residence along with his son, Alex, who is approximately 5 years old.  Greg had no money for a motel, so he ended up staying at Hobbs' trailer along with her daughter, Shawnee and Shawnee's boyfriend, Larry.

She was asked if there were any indications of any friction or arguments that she overheard since Greg had been staying at the trailer and she said that as far as she knew, they usually went outside to discuss matters, but that she never heard any type of arguments or fights.  She went on to tell me that as far as she knew, everything was alright between Greg and Shawnee and that decision had been made for Greg to leave and let Alex, his son, stay with Shawnee.  Shawnee in this case, being Alex's Step-Mother.  Greg Sanders had apparently come to the conclusion that he couldn't handle all of it.

Hobbs stated that today, 02-01-88, she got up out of bed at approximately 0700 hours.  Shortly after she got up, Greg got up off the couch, went and got cleaned up and had himself some coffee.  He had plans to go into town this morning to check on possible welfare assistance for his son and possible job applications.  Shortly after getting up, Greg took Alex and left the residence at approximately 0830 hours to go downtown as originally planned.

When Greg left, Shawnee and her boyfriend, Larry, were still at the house.  Shawnee was awake and in her bedroom watching T.V.  Steinbring had apparently also gotten up, because he had come out of the bedroom several times to get coffee for himself and Shawnee.  After getting the coffee, he went back into the bedroom.

Hobbs stated that she is not sure about what time it was, but thinks that it was within 2 hours that Greg came back to the residence.  When Greg came back, she indicated that she was in the kitchen washing dishes and that Merrill, a subject who rents a room from her, was standing just to the other side of the kitchen counter at the wall heater, warming himself due to the cold.  Another subject by the name of Steve, that being a neighbor who lives just south of her residence, was inside the kitchen/dining room area using the phone.  The

| REPORTING OFFICERS J. TESSELAAR, Det. T0284 | DATE 02-03-88 | REVIEWED BY Tues | TYPED BY kris S2426 | ROUTED BY | DATE |
|---|---|---|---|---|---|

| FURTHER ACTION: | COPIES TO: | | REMARKS |
|---|---|---|---|
| ☐ YES  ☐ NO | ☐ Detective  ☐ Dist. Atty. | ☐ SD/PD  ☐ CII  ☐ Patrol | ☐ Other  ☐ Other |

15-15184-401  Rev. 1/83

SHERIFF'S DEPARTMENT

County of San Bernardino

California

CA 03600

| CODE SECTION PC 187 | CRIME MURDER | CLASSIFICATION GUNSHOT | REPORT AREA |
| --- | --- | --- | --- |

| VICTIM'S NAME — LAST NAME STEINBRING/SANDERS | FIRST NAME | MIDDLE NAME | (FIRM NAME I. BUSINESS) |
| --- | --- | --- | --- |

| ADDRESS | | RESIDENCE | BUSINESS | PHONE ( ) |
| --- | --- | --- | --- | --- |

WITNESS INTERVIEW:   HOBBS   (Continued)                      Page 2

Witness said that she was washing the dishes and looking out a back window when she saw Greg walk through the back yard and directly into the garage, which is also just south of the residence where she lives. She said that she did not hear him pull up into the front of the residence in his car, but first noticed him when he walking through the back yard. When asked if she could pin down the exact time that it was that Greg had come back from downtown, she said that she felt it was possibly just a little after 10:00 a.m. in the morning. I asked her if she noticed where her grandson, Alex, was at and she stated that she didn't see him.

She continued washing dishes and indicated to me that the next time she saw Greg was as he walked in through the sliding glass door just next to where Merrill was standing at the heater. Greg didn't say a word to anybody. He just walked passed the witness, the neighbor, Steve and Merrill and went walking towards the back of the trailer, back towards where the bedrooms are located.

I asked her if she saw anything in his hands, such as a possible weapon and she indicated that she didn't see anything in his hands. At the time that he walked through the sliding glass door, she indicated to me that she thought to herself how glum he looked, referring to the suspect, Greg. She immediately mentioned to Merrill and Steve, "Did you see Greg go passed?" She said that she said this in a joking manner.

About that same time, she heard a gun go off. She said that at first, she didn't realize that it was a gun, but then when she did, she immediately ran back into the bedroom, opened the door and saw Greg standing at the foot of the bed with a gun in his hands. She indicated that the gun was up in front of him, pointed at "Steinie", Steinie being the nickname for the victim, Steinbring. She went on to say that Steinbring was on the bed and Greg shot one more time and that Steinbring flipped over. She said that she didn't know if Steinbring was trying to get up and go after Greg or that through the process of getting shot, his body just reacted the way it did and it flipped over off the side of the bed.

She was asked if she heard any yelling or arguing prior to hearing the gunshot go off. She told me that all she could hear was noises coming from the bedroom as she was walking back towards that location. She said that she didn't know if somebody hollered or if he said something or not. It was just a bunch

| RTING OFFICERS G. TESSELAAR, Det. T0284 | DATE 02-03-88 | REVIEWED BY ✓ | TYPED BY kris S2426 | ROUTED BY | DATE |
| --- | --- | --- | --- | --- | --- |

| FURTHER ACTION: YES ☐ NO ☐ | COPIES TO: ☐ Detective ☐ Dist. Atty. | ☐ SD/PD ☐ CII ☐ Patrol | ☐ Other ☐ Other | REMARKS |
| --- | --- | --- | --- | --- |

15-15184-401 Rev. 1/83

SHERIFF'S DEPARTMENT

County of San Bernardino
California

CA 03600

| | | | DR88007009-09 |
|---|---|---|---|
| | | | H30-88 |
| | | | REPORT AREA |

| CODE SECTION | CRIME | CLASSIFICATION | |
|---|---|---|---|
| PC 187 | MURDER | GUNSHOT | |

| | LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|---|
| VICTIM'S NAME | STEINBERG/SANDERS | | | |

| ADDRESS | | RESIDENCE | BUSINESS | PHONE ( ) |
|---|---|---|---|---|

WITNESS INTERVIEW:   HOBBS  (Continued)                    Page 4

of noise coming from the bedroom.  She did indicate later in the interview,
however, that she had heard Greg say something to the effect of, "Now you've
done it.  Now you've done it."  The witness indicated to me that it was as if
Greg had found out something while he was downtown.  I asked her if she knew
who exactly he was saying this to and she indicated that he was saying this to
Shawnee.

Hobbs said that when she opened the door, she could see her daughter on the
bed and had just jumped up and started to get out of the bedroom and sort of
run passed her towards the door.  As she was approaching this door, she sort
of turned towards Greg and at the same time, he then turned the gun towards
her and shot her again.  I asked her if when she said shot again, what she
meant and she said as her daughter was getting up off the bed, she saw some
blood around her daughter's chest or stomach area.  After being shot again,
the witness said that her daughter went into the hallway and fell into the
adjacent bedroom just north of where the shooting occurred.  I asked her if
she had been shot in the back and she indicated apparently not, because she
had turned towards him when he shot her again.

After the shooting occurred, the witness said that she yelled at Greg, "What
are you doing Greg?  What are you doing?".  He immediately turned around and
pulled the gun up to the witness's face from a distance of approximately 2 to
3 feet away.  The witness said that once the gun was stuck in her face, she
said, "Don't do that", and he then put the gun down, never said a word, and
walked out of the bedroom.  The witness indicated that Greg had a wild look in
his eyes.

I asked her if she could give me any further details as to the weapon and she
indicated that she didn't know if Greg had put more bullets into the gun while
he was in the bedroom or not, or if he just checked the chamber of the weapon,
but she remembers seeing the bullets.  She indicated that they were big ones.
She again told me that she wasn't sure if she saw the bullets in the chamber
of the gun or whether the bullets were in his hand.  I asked her to describe
the weapon to me and she indicated that the gun was dark metal and that the
grips had some kind of copper color in them.

The witness when on to say that after having the gun pointed in her face, the
suspect walked out of the bedroom and then out of the front door.  The witness
said that she didn't see where he went, but she went directly over to where

| REPORTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| J. TESSELAAR, Det. T0284 | 02-03-88 | Tuss | kris S2426 | | |

| FURTHER ACTION: | COPIES TO: | | | REMARKS |
|---|---|---|---|---|
| YES    NO | Detective    CII  Dist. Atty.    Patrol | SD/PD    Other   Other | | |

15-15184-401 Rev. 1/83

**SHERIFF'S DEPARTMENT**

**County of San Bernardino**
**California**

**CA 03600**

CASE NO.
DR-88007005-09
H30-88

REPORT AREA

| CODE SECTION PC 187 | CRIME MURDER | CLASSIFICATION GUNSHOT |
|---|---|---|

VICTIM'S NAME — LAST NAME STEINBRING/SANDERS    FIRST NAME    DLE NAME    (FIRM NAME IF BUSINESS)

ADDRESS    [ ] RESIDENCE    [ ] BUSINESS    PHONE ( )

WITNESS INTERVIEW:    HOBBS    (Continued)    Page 5

Steinbring was at and checked him for a pulse in his neck and didn't feel one. She said that she didn't see any blood around Victim, Steinbring's body. After checking for a pulse on Steinbring and not finding one, she then immediately went over to where her daughter was at in the other bedroom. She went to touch her daughter, but her daughter told her, "Momma don't touch me. I'm alright."

During this point in time of the interview, the witness became emotionally distraught and began crying. The interview was concluded at 1330 hours. Prior to the interview being concluded, however, the witness said that once she settled down, she would be willing to give a more detailed interview.

| REPORTING OFFICERS G. TESSELAAR, Det. T0284 | DATE 02-03-88 | REVIEWED BY Tess | TYPED BY kris S2426 | ROUTED BY | DATE |
|---|---|---|---|---|---|

FURTHER ACTION: [ ] YES  [ ] NO

COPIES TO: [ ] Detective  [ ] Dist. Atty.  [ ] SD/PD  [ ] CII  [ ] Patrol  [ ] Other  [ ] Other

REMARKS

(9)

SH..FF'S DEPARTMENT

County of San Bernardino
California

CA 03600

| CODE SECTION PL 1E | CRIME MURDER | CLASSIFICATION GUNSHOT |
| --- | --- | --- |

| VICTIM'S NAME (LAST) NAME STEINBRING/SANDERS | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |

| ADDRESS | RESIDENCE | BUSINESS | PHONE ( ) |

SUSPECT: SANDERS, Gregory, L.

INTERVIEW WITH WITNESS: KENWORTHY, Merrill; WMA, DOB: 01-14-40
1919 Yucca Mesa Road, Landers, CA.

The interview was conducted at 1405 hours, 02-01-88 inside of a marked unit
just adjacent to the crime scene. There were no other persons present during
the course of the interview. The following is a synopsis of the statements
made to me by the witness, Kenworthy.

Kenworthy indicated to me that he rented a room from DE Lories Hobbs, the
owner of the property. He knew very little about the relationship between the
three individuals involved, that being Gregory Sanders, Shawnee Sanders and
Larry Steinbring. He did know however, that Shawnee and Greg were separated
and that Larry was Shawnee's current boyfriend. They had been living together
at the same residence where he lived.

Since coming to the residence, Greg Sanders had discussed with Shawnee and
Larry things such as, who would get custody of Alex and that these things were
discussed in a very mature fashion. Since Greg showed up in the mid portion
of last week, he indicated that there were no hostilities or arguments that he
was aware of. He thought that things were going to be okay between Shawnee
and Greg and that the issues at hand had been settled.

On this particular morning, that being 02-01-88, Kenworthy said that he got up
at approximately 8:00 a.m., and when he got up, Greg Sanders, the suspect, was
there at the residence. Larry Steinbring was there. Shawnee Sanders was
there. DE Lories Hobbs was there. And Greg Sanders' son, Alex Sanders. Greg
Sanders had made plans to go to downtown on this particular day to the Welfare
Office and to look for a job. He left the residence at approximately 8:00
hours with his son, Alex. The witness indicated to me that he felt that Greg
was uptight because he could sense it and he knew that Greg was uptight be-
cause Greg usually talked to him and that this was not his style; that he
would not say anything to him this morning. He indicated that Greg was very
closed lipped and usually would talk.

The witness was asked if he knew definitely what type of resolution they had
come to in regards to Alex. He indicated to me that he was under the impres-
sion that Alex was to be given to Shawnee and that Greg would leave and go
elsewhere. These apparently were the original plans, but after Greg and
Shawnee had talked one time, the witness indicated to me that Greg had had a

| REPORTING OFFICERS G. TESSELAAR, Det. T0284 | DATE 02-03-88 | REVIEWED BY Tuss | TYPED BY kris S2426 | ROUTED BY | DATE |

| FURTHER ACTION: YES NO | COPIES TO: Detective Dist. Atty. | SD/PD CII Patrol | Other Other | REMARKS |

15-15184-401 Rev. 1/83

SHE, .FF'S DEPARTMENT

County of San Bernardino
California

CA 03600

| | | REPORT AREA |
|---|---|---|

| ODE SECTION-  PC 1c | CRIME  MURDER | CLASSIFICATION  GUNSHOT |
|---|---|---|

| VICTIM  NAME - LAST NAME  STEINBRING, SANDERS | FIRST NAME | MIDDLE NA | (FIRM NAME IF BUSINESS) |
|---|---|---|---|

| ADDRESS | ☐ RESIDENCE | ☐ BUSINESS | PHONE ( ) |
|---|---|---|---|

INTERVIEW: KENWORTHY (Continued)                                          Page 2

change of attitude, like he was going to stick around and try and work things
out, because he was looking for a house and he wanted Shawnee back, however,
apparently Shawnee did not want him back.

After the suspect, Greg, left the residence, between 8:30 and 10:00 a.m., the
neighbor who lives just south of 1919 Yucca Mesa by the name of Steve, came
over to use the telephone. This occurred prior to 10:00 a.m. He said that
Steve had just gotten off the telephone when he (the witness) noticed Greg
walk in through the sliding glass door at the back of the house. The witness
indicated that he was standing directly adjacent to the sliding glass door
getting warm by the wall heater. Greg walked in through the sliding glass
door and didn't say anything to anybody.

I asked the witness if he heard Greg come back or if he heard his car pull up
in front and he indicated that he did not. The witness said that Greg walked
passed all through of them, that being DE Lories, Steve and himself, and
walked directly back towards the location of where the bedrooms are, the west
side of the trailer. The witness indicated that he felt Greg looked mad and
that he didn't say a word.

He was asked if he saw Greg with a gun in his hand as he walked through the
sliding glass door and he said that he did not. He figured that the gun was
probably hidden. Another thing that he felt was unusual was that he did not
see Alex. Greg's son, with him. After Greg walked passed all three of them
without making a comment, DE Lories made the comment to Steve and him, "Didn't
Greg just walk through here?". Within 10 to 15 seconds, the witness heard
what he felt was a gunshot. He said at first he didn't realize it was a gun-
shot, that it sounded more like something slapping. He indicated the noise
was very loud and then he realized it was in fact gunshots being fired. Kenworthy said
that he heard no voices, no yelling or arguing. I asked him how many shots he
thought he heard and he said he heard four (4). Two in rapid succession, a
short pause and then two more in rapid succession. While the shots were being
fired, DE Lories went back to the bedroom and the witness then realizing what
was going on, immediately proceeded towards the telephone.

As he was going towards the telephone, he heard DE Lories say, "My God, what
have you done?". Shortly after making this comment, the witness said that he
saw Greg come out of the bedroom where Shawnee and Larry were staying and

| REPORTING OFFICERS  J. TESSELAAR, Det. T0284 | DATE  02-03-88 | REVIEWED BY  Tucc | TYPED BY  kris S2426 | ROUTED BY | DATE |
|---|---|---|---|---|---|

| FURTHER ACTION: | COPIES TO: | | REMARKS |
|---|---|---|---|
| ☐ YES  ☐ NO | ☐ Detective  ☐ Dist. Atty. | ☐ SD/PD ☐ Other  ☐ CII ☐ Other  ☐ Patrol | |

15-15184-401 Rev. 1/83

SHE. .F'S DEPARTMENT

**County of San Bernardino**
California

CA 03600

| ODE SECTION PC 187 | CRIME MURDER | CLASSIFICATION GUNSHOT |
| --- | --- | --- |

| VICTIM'S NAME — LAST NAME STEINBRING/SANDERS | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
| --- | --- | --- | --- |

| ADDRESS | RESIDENCE | BUSINESS | PHONE ( ) |
| --- | --- | --- | --- |

INTERVIEW:   KENWORTHY (Continued)                                         Page 2

walk directly towards the front door, then out of it.  As he exited this bed-
room, Kenworthy said that he saw a gun in Greg's hand.  Which hand it was in,
he can't remember.  As he walked out the front door, the other witness, Steve,
locked the front door behind Greg.

Kenworthy was asked to describe the weapon that he saw in Greg's hands.  He
indicated that it was a revolver, rather large and made out of black metal.
He said that he did not see the grips.  After Greg exited the door and Steve
locked it behind him, he said that he did not follow Greg to see where he went
and really wasn't paying any attention as to where he went because he was on
the telephone calling the Sheriff's Office.

He said the total time span between the time that Greg walked in through the
sliding glass door until the time that he walked out of the front door after
he shooting, he said that it occurred within 2 minutes.  He said that he did
not actually see Greg shoot anybody, but from the circumstances that he saw,
he figured out that Greg had probably just shot Shawnee and Larry.

He was asked if he knew of any weapons that were being kept on the property by
Greg and he said that he was not aware of any, but figured that Greg probably
went to the garage to retrieve a gun or a weapon that he had in his property
which was stored in the garage.

The witness had no further information to add to the interview and it was con-
cluded at 1415 hours, 02-01-88.

| ORTING OFFICERS . TESSELAAR, Det. T0284 | DATE 02-03-88 | REVIEWED BY | TYPED BY kris S2426 | ROUTED BY | DATE |
| --- | --- | --- | --- | --- | --- |

| FURTHER ACTION: | COPIES TO: | | | REMARKS |
| --- | --- | --- | --- | --- |
| ☐ YES  ☐ NO | ☐ Detective  ☐ Dist. Atty. | ☐ SD/PD  ☐ CII  ☐ Patrol | ☐ Other  ☐ Other | |

15-15184-401 Rev. 1/83

SHER F'S DEPARTMENT

County of San Bernardino
California

CA 03600

DR 88007009-09
H 30-88

REPORT AREA

| DE SECTION | 187 | CRIME | MURDER | CLASSIFICATION | GUNSHOT |

| CTIM'S NAME — LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |

STEINBRING, LARRY J. (dec sed) and SANDERS, SHAWNEE LEA

DRESS | RESIDENCE | BUSINESS | PHONE ( )

## SUSPECT:

SANDERS, GREGORY L.

## INFORMATION RECEIVED/CALL OUT:

On 2-1-88 at 1040 hours I was contacted by Captain KNADLER, Commander of Morongo Substation, who advised me that deputies from his substation had just responded to the address of 1919 Yucca Mesa in Landers, California, in regards to a shooting. KNADLER went on to tell me that his station had received a phone call via 9-1-1 from a male caller who stated that "GREG just shot his wife and her boyfriend".

Deputies then responded to the scene and located two victims; one female, one male, the male being deceased. Ambulance and paramedic crews subsequently responded to the aforementioned address, transported the female victim to High Desert Community Hospital where she was immediately put into surgery for gunshot wounds.

After receiving this information the remainder of the detectives on Sergeant BRIAN ENGLISH'S team were requested to respond to the aforementioned address. That being Detectives LIONEL NASH, DAVE AUSTIN and JIM DE LAPP.

## NOTIFICATION OF CRIME LAB:

At 1048 hours I contacted the Sheriff's Crime Lab and requested that they respond to Landers in regards to this homicide investigation.

## NOTIFICATION OF I.D.:

At 1050 hours I contacted the Sheriff's I.D. Division and also requested that they respond to the address in Landers in regards to this homicide investigation.

| RTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
| :. TESSELAAR, Det. T0284 | 2-2-88 | | MB B1013 | | |

FURTHER ACTION:
YES  NO

COPIES TO:
Detective
Dist. Atty.

SD/PD
CII
Patrol

Other
Other

REMARKS

(13)

15184-401 Rev. 1/83

SHE..FF'S DEPARTMENT

County of San Bernardino
California

CA 03600

DR 89007009-09
H 30-88

REPORT AREA

| DE SECTION | CRIME | CLASSIFICATION |
|---|---|---|
| C 187 | MURDER | GUNSHOT |

CTIM'S NAME — LAST NAME / FIRST NAME / MIDDLE NAME   (FIRM NAME)   USINESS)

STEINBRING, LA: Y J. (deceased) and SANDERS, SHAWNEE LEA

DDRESS    RESIDENCE    BUSINESS    PHONE
( )

Page 2
ARRIVAL/BRIEFING:

On 2-1-88 at 1230 hours myself and Detective JIM DE LAPP arrived
at the address on Yucca Mesa and were contacted by Captain KNADLER
from the Morongo Substation who advised us of the following.

Captain KNADLER advised DE LAPP and myself that inside the
residence was a deceased subject, a white male adult, tentatively
identified as a LARRY STEINBRING. Another victim of the shooting
SANDERS, SHAWNEE had already been transported to High Desert
Community Hospital for treatment of her wounds.

DE LAPP and I were also told that a possible suspect in this
shooting was a subject by the name of GREGORY SANDERS. We were
told that upon the arrival of Sheriff's deputies at the shooting
scene. The suspect GREGORY SANDERS had already fled the area. We
were told that while the initial deputies that responded to the
address on Yucca Mesa were conducting their initial crime scene
investigation, the suspect SANDERS was located by the Sheriff's
helicopter crew on top of Goat Mountain which is located directly
northwest of where the shooting took place.

After being taken into custody by the helicopter crew he was
subsequently transported to the Morongo Substation and booked for
PC 187.

REASSIGNMENT:

After being briefed by Captain KNADLER I was reassigned to assist
Detective DE LAPP in the crime scene investigation. As to further
details in regards to that investigation refer to Detective DE
LAPP'S supplemental report, same DR number.

Along with assisting Detective DE LAPP in the crime scene
investigation I also conducted several witness interviews at the
crime scene. As to the contents of those interviews refer to
attached witness interviews, separate CR 2's.

| ORTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| G. TESSELAAR, Det. T0284 | 2-2-88 | | MB B1013 | | |

FURTHER ACTION:   COPIES TO:   □ SD/PD   □ Other   REMARKS

□ YES   □ NO   □ Detective   □ CII   □ Other

□ Dist. Atty.   □ Patrol

(14)

SHERIFF'S DEPARTMENT

County of San Bernardino
California

CA 03600

DR 88007009-09
H  30-88

REPORT AREA

| IDE SECTION | CRIME | CLASSIFICATION |
|---|---|---|
| : 187 | MURDER | GUN 'HOT |

CTI  NA.  — LAST NAME        FIRST NAME        MIDDLE N. ·      (FIRM NAME IF BUSINESS)

St. NBRING, LARRY J. (deceased) and SANDERS, SHAWNEE LEA

DDRESS                    RESIDENCE        BUSINESS        PHONE
                                                            (   )

Page
INFORMATION RECEIVED:

During the course of the witness interviews I learned that the
suspect GREGORY SANDERS had possibly retrieved the murder weapon
from the garage adjacent to where the shooting took place. This
garage being on the same piece of property and owned by the same
owner as the trailer where the murder occurred. The property
owner being HOBBS, DeORIES, the owner of 1919 Yucca Mesa in
Landers.

During the interview with DeORIES HOBBS I learned that the suspect
SANDERS had stored some property inside of her garage on that
piece of property. I then requested that she give me consent
search to check that garage to find a possible location of where
the weapon came from.

CONSENT SEARCH:

At 1525 hours 2-1-88 DeORIES HOBBS signed the consent to search
form provided to her by me and I then conducted a search of the
interior of the garage. This garage was located directly south of
the shooting scene itself.

Upon entry into the east door of the garage I walked westerly for
approximately five feet when I looked off to my left and noticed a
brown leather holster laying on top of a white plastic bag in the
middle portion of the garage. This holster appeared to have been
thrown on top of this plastic bag and the snap with which the
weapon would be secured with was unsnapped. This holster which
could possibly belong to the suspect SANDERS was subsequently
taken by me as evidence and tagged into Sheriff's I.D. under tag
number B39960. For additional information refer to attached copy
of evidence tag.

| REPORTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| . TESSELAAR, Det. T0284 | 2-2-88 | | MB B1013 | | |

FURTHER ACTION:        COPIES TO:        [ ] SD/PD    [ ] Other        REMARKS
[ ] YES  [ ] NO        [ ] Detective    [ ] CII      [ ] Other
                       [ ] Dist. Atty.  [ ] Patrol

(15)

SHERIFF'S DEPARTMENT

County of San Bernardino
California

CA 03600

| | | DR 88007009-09 |
| | | H 30-88 |
| | | REPORT AREA |

| IDE SECTION | CRIME | CLASSIFICATION |
| 187 | MURDER | GUNSHOT |
| CTIM'S NAME — LAST NAME | FIR.  IAME | DDLE NAME    (FIRM NAME IF BUSINESS) |
| STEINBRING, LARRY J. (deceased) and SANDERS, SHAWNEE LEA | | |
| DDRESS | RESIDENCE ☐  BUSINESS ☐ | PHONE ( ) |

Page 4
ADDITIONAL INFORMATION RECEIVED:

During the course of the investigation I learned that Detectives NASH and AUSTIN, who were interviewing the suspect GREGORY SANDERS, had obtained consent search from SANDERS to search his vehicle which was parked on the premises. That being a 1973 Dodge Dart Swinger, gray primer over green in color, two door, bearing Arizona license plate VYT026.

After receiving information that consent search forms had been signed for the vehicle. I subsequently checked this vehicle for any items of evidentiary value. The only items I could find were miscellaneous papers belonging to GREGORY SANDERS which had been filled out by him in an effort to gain assistance from the Welfare Department for his son ALEX SANDERS.

During the course of the investigation Detectives learned that the suspect GREGORY SANDERS had left earlier that day at approximately (830 hours to travel to the Welfare Office in an effort to get this welfare assistance. The paperwork along with other miscellaneous notes and letters were subsequently taken by me as evidence and tagged into Sheriff's I.D. under tag number B39961.

RECOVERY OF MURDER WEAPON:

At that time that the suspect SANDERS was arrested by the Sheriff's helicopter crew he was not in possession of a weapon. Deputy JIM HENLEY from Morongo Substation was subsequently transported by the Sheriff's helicopter to the peak of Goat Mountain. He subsequently recovered the possible murder weapon at that location, photographed it, and did a crime scene sketch of the location of the gun in correlation to the residence and the peak of the mountain. As to additional information refer to Deputy HENLEY's report, same DR number.

| RTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
| TESSELAAR, Det. T0284 | 2-2-88 | | MB B1013 | | |

| URTHER ACTION: | COPIES TO: | | | REMARKS |
| ☐ YES  ☐ NO | ☐ Detective | ☐ SD/PD  ☐ CII | ☐ Other  ☐ Other | |
| | ☐ Dist. Atty. | ☐ Patrol | | |

(16)

SHERIFF'S DEPARTMENT

County of San Bernardino
California

CA 03600

| | | | DR 88007009-0? |
| | | | H 30-88 |
| | | | REPORT AREA |

| ODE SECTION | CRIME | CLASSIFICATION | |
|---|---|---|---|
| 2 187 | MURDER | | |
| IC' I''S NAME — LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS |
| STEINBRING, | LARRY | | |
| DDRESS | RESIDENCE | BUSINESS | PHONE ( ) |

## SUSPECT:

SANDERS, GREGORY

## ASSIGNMENT:

At approximately 1045 hours 2-1-88, Monday, Detectives NASH, DE LAPP and myself were paged and assigned to make contact with our office. Upon arrival we met with Detective TESSELAAR who briefed us on the situation. He advised us that one victim was DOA at the scene and a second victim had been transported to the hospital. We were then given directions to 1919 Yucca Mesa Road in Yucca Valley. Detective NASH and myself then proceeded to the Morongo Valley area.

## ARRIVAL AT SCENE:

At approximately 1230 hours 2-1-88 Detective NASH and myself arrived at the scene and were directed where to park by the Sergeant who was at the scene. We were immediately briefed by Captain KNADLER of the Morongo Station and myself and Detective NASH were then walked into the scene by Detective TESSELAAR of the Homicide Detail.

We briefly walked in, looked at the scene, and then left. After exiting the trailer, Detective NASH and myself then interviewed a witness who was present who was identified as STEVEN JAMISON. Refer to interview of STEVEN JAMISON.

After interviewing STEVEN JAMISON, Detective NASH and myself were assigned to respond to the Morongo Station and interview suspect GREGORY SANDERS. An interview was initiated at approximately 1352 hours. This interview was tape recorded. Refer to reports by Detective NASH.

During the course of the first interview a consent search form was filled out by suspect GREGORY SANDERS and witnessed by myself and Detective NASH. At the conclusion of the first interview the suspect was asked to take a polygraph examination and agreed to take one.

| :RTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| H.D. AUSTIN, Det. A1021 | 2-3-88 | HOC- | MB B1013 | | |

| FURTHER ACTION: | COPIES TO: | ☐ SD/PD | ☐ Other | REMARKS |
|---|---|---|---|---|
| ☐ YES  ☐ NO | ☐ Detective | ☐ CII | ☐ Other | ⑰ |
| | ☑ Dist. Atty. | ☐ Patrol | | |

SHERIFF'S DEPARTMENT

County of San Bernardino
California

CA 03600

DR 88007009-09
h  30-88

REPORT AREA

| CODE SECTION | | CRIME | CLASSIFICATION | |
|---|---|---|---|---|
| PC 187 | | MURDER | MIDDLE NAME | (FIRM NAME IF BUSINESS) |

VICTIM'S NAME — LAST NAME    FIRST NAME
STEINBRITT    LARRY

ADDRESS    ☐ RESIDENCE    ☐ BUSINESS    PHONE ( )

Page 2
ARRIVAL AT SCENE: (Continued)

The suspect was then interviewed by Polygraph Examiners DAVE
WILLIAMS and MIKE STANSELL. This interview was monitored by
myself. Refer to my synopsis of this taped interview. Refer to
reports reference times of interviews.

| REPORTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| n.D. AUSTIN, Det. A1021 | 2-3-88 | N CC | MB B1013 | | |

FURTHER ACTION:    COPIES TO:    ☐ SD/PD    ☐ Other    REMARKS

☐ YES  ☐ NO    ☐ Detective    ☐ CII    ☐ Other

☐ Dist. Atty.    ☐ Patrol

(18)

SHERIFF'S DEPARTMENT

County of San Bernardino
California

CA 03600

DR 88007009-09
H 30-88

REPORT AREA

SUPPLEMENTAL

| CODE SECTION PC 187 | CRIME MURDER | CLASSIFICATION GUNSHOT |
| --- | --- | --- |

| VICTIM: NAME — LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
| --- | --- | --- | --- |
| V# - STEINBRING, LARRY J. (Deceased) | | V#2 - SANDERS, SHAWNEE LEA | |

ADDRESS
1919 YUCCA MESA, LANDERS, CA 92284

| | RESIDENCE | BUSINESS | PHONE ( ) |

## INTERVIEW:

JAMISON, STEVEN RAY
WMA, DOB: 6/22/52
SS#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
Employment: SSI/Welfare
Address: 1875 Yucca Mesa Road, Yucca Valley, CA
Parents' telephone number: 619-948-3676
Mother's name: Virginia Davis

The subject was interviewed on the roadway in front of the residence by Detective NASH and myself, Detective AUSTIN. This interview was tape recorded and this is a synopsis of that taped interview, which was conducted at approximately 1240 hours, on 2/1/88, Monday and terminated at approximately 1300 same date.

During this interview STEVEN told us that he has 22/100 vision and is considered legally blind. He says that one eye works and the other doesn't. He told us that he is able to make out figures of people and to distinguish color. He said that he did see the suspect as he walked towards the bedroom area of the trailer, just prior to the shots. He said that the subject that he had observed was small in statue and had blonde colored hair. He said that he then recognized the suspect's voice, stating that GREG, upon walking into the bedroom area made the following statement, "I found out about it." He said that he then heard some obscenities and thought that he heard LARRY's voice saying "Fuck you." He said that within milliseconds after hearing the obscenities, that he heard three shots in a row and then, possibly a couple other shots which were staggered.

He said after hearing the gunshots, he didn't hear any screams or anyone else talking in the bedroom. He said that DEL, the mother of the victim, SHAWNEE SANDERS had been in the living room and that she had then gone into the bedroom area. He said that he heard DEL scream that GREG had just shot SHAWNEE and LARRY. He said that he did not go into the room immediately because he does not see well and stayed in the dining room area, where he had been using the phone.

| REPORTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
| --- | --- | --- | --- | --- | --- |
| H. D. AUSTIN, DET. A-1021 | 2/2/88 | NOa | LM M-0444 | | |

FURTHER ACTION:
☐ YES  ☐ NO

COPIES TO:
☐ Detective
☐ Dist. Atty.

☐ SD/PD
☐ CII
☐ Patrol

☐ Other
☐ Other

REMARKS

(19)

SHERIFF'S DEPARTMENT

County of San Bernardino
California

CA 03600

DR 88007009-09
H 30-88

REPORT AREA

SUPPLEMENTAL

| CODE SECTION | CRIME | CLASSIFICATION | |
|---|---|---|---|
| PC 187 | MURDER | GUNSHOT | |

| VICTIM'S NAME - LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|
| V#1 - STEINBRING, LARRY J. (Deceased) | V#2 - SANDERS, SHAWNEE LEA | | |

| ADDRESS | RESIDENCE | BUSINESS | PHONE ( ) |
|---|---|---|---|
| 1919 YUCCA MESA, LANDERS, CA 92284 | | | |

Page two

INTERVIEW: JAMISON, STEVEN RAY (continued)

He said that BELVEDERE had gotten on the phone and was talking with the police department and DEL had called out to him to get her a blanket so she could put it over SHAWNEE, who had been wounded. He said that he went in and tried to help SHAWNEE but she told him to leave her alone. He then went over and tried to administer first aid to LARRY, who was on the floor. He said that he felt his wrist and could not locate a heartbeat. He said he then tried CPR, banging on LARRY's chest, but could not obtain a heartbeat. He said that LARRY was warm to the touch when he had felt his wrist.

STEVEN told us that he did not know which door the suspect had left the trailer from, stating that things had happened so fast. He also stated that he did not notice a gun in GREG's hand when he entered the bedroom area. He stated that the first thing that he heard after the shots was DEL, SHAWNEE's mother scream, when she had what appeared to be an altercation with GREG, as he was leaving the house. He said he asked her what was going on and DEL responded by saying GREG just shot SHAWNA and LARRY.

STEVEN told us that when he had walked into the house, everybody was in the living room except LARRY and SHAWNEE, who were in their bedroom of the residence. He stated that the child was in a room just off of the living room. STEVEN said that when GREG had come into the residence, no one thought much of it because he had been staying there for the past week. He said that his actions took everybody by surprise and that they did not anticipate what was going to happen.

STEVEN told us that he thought that the incident had occurred because of a "love scuffle, the incredible triangle". SHAWNA had both of her boyfriends at the house and he had asked her during that week how she had been dealing with the situation, telling her that these two guys were going to end up fighting over her.

| REPORTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| H. D. AUSTIN, DET. A-1021 | 2/2/88 | JY DC | LM M-0444 | | |

FURTHER ACTION:

YES    NO

COPIES TO:

Detective    Dist. Atty.

SD/PD    CII    Patrol

Other    Other

REMARKS

20

DR 88007009-09
H 30-88

SHERIFF'S DEPARTMENT

County of San Bernardino
California

CA 03600

REPORT AREA

SUPPLEMENTAL

| ODE SECTION | CRIME | CLASSIFICATION |
|---|---|---|
| PC 187 | MURDER | GUNSHOT |

| ICTIM'S NAME — LAST NAME | FIRST NAME | MIDDLE NAME (FIRM NAME IF BUSINESS) |
|---|---|---|
| V#1 - STEINBRING, LARRY J. (Deceased) | | V#2 - SANDERS, SHAWNEE LEA |

| ADDRESS | RESIDENCE | BUSINESS | PHONE |
|---|---|---|---|
| 1919 YUCCA MESA, LANDERS, CA 92284 | | | ( ) |

Page three

INTERVIEW: JAMISON, STEVEN RAY    (continued)

He advised me that LARRY was SHAWNEE's lover and had been living at the residence with SHAWNEE for approximately the last three months. He said that GREG had come about a week ago and was trying to work his situation out with SHAWNEE also, and that the boy, ALEX, she considered to be her son. He told me that GREG had been in town for about a week and had been looking for work, while staying at the residence.

STEVEN told us that BELVEDERE had been staying at the residence for the last couple of weeks and had answered an ad, which would have placed in the newspaper by DEL, SHAWNEE's mother, asking for someone who could stay at the residence and share expenses.

STEVEN said that the day before, everything seemed okay, that they had all been drinking at the residence, and everything had seemed fine. He said that GREG had appeared to have been drinking heavily and he had been told this by other members of the family who were there, however he was sober enough to ride around on his motorcycle with his son on the back.

STEVEN told us that he had also heard that the suspect, GREG, had gone to town the day before and this morning, and had come back from town. He said that GREG may have heard something in town (that triggered him off).

STEVEN said when he went into DEL's house GREG's car was gone and that he must have driven up to the house before he went inside.

End of synopsis.

| ORTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| H. D. AUSTIN, DET. A-1021 | 2/2/88 | 7·DU | LM M-0444 | | |

REMARKS

FURTHER ACTION:  ☐ YES  ☐ NO

COPIES TO:  ☐ Detective  ☐ Dist. Atty.

☐ SD/PD  ☐ CII  ☐ Patrol

☐ Other  ☐ Other

DR 88007009-09

H 30-88

SHERIFF'S DEPARTMENT

County of San Bernardino
California

CA 03600

REPORT AREA
SUPPLEMENTAL

| ODE SECTION PC 187 | CRIME MURDER | CLASSIFICATION GUNSHOT |
|---|---|---|

VICTIM'S NAME - LAST NAME
V#1 - STEINBRING, LARRY J.    FIRST NAME (Deceased)    V#2 - SANDERS, SHAWNEE LEA    MIDDLE NAME (WIFE'S NAME IF BUSINESS)

ADDRESS
1919 YUCCA MESA, LANDERS, CA 92284    ☐ RESIDENCE  ☐ BUSINESS    PHONE ( )

PRE POLYGRAPH INTERVIEW:

SUSPECT GREGORY LYNN SANDERS
WMA-36, DOB: 11/3/51

A polygraph examination was administered to suspect GREGORY LYNN
SANDERS by polygraph examiners DAVE WILLIAMS and MIKE STANSELL.
Prior to the administeration of this test, a pre polygraph
interview was conducted by the two examiners.  These interviews
were tape recorded and were conducted between 1527 hours, 2/1/88
and 1815 hours, 2/1/88.  This is a synopsis of the information
which was monitored by myself, Detective AUSTIN.

Suspect GREGORY SANDERS told the examiners that on 9/6/87, that
his estranged wife, SHAWNEE and himself had been burglarized.  He
said at the time that SHAWNEE had accused several people of
burglarizing the house.  He named these people as DAVE, STACY,
and "WILDMAN MIKE".  He said that they then started receiving
harassing letters.  He said that the authors of these letters
wrote to his wife, making statements in the letters, something to
the effect "TOO TALL, you stupid bitch, we got everything you
got."  (SHAWNEE has an AKA of "TOO TALL")

He said that they had taken everything that she owned that was
dear to her, and after accusing these people she ended up
accusing himself.  She had told him in no uncertain terms that
she wanted all of her stuff back.

He also indicated that there had been a dispute between his
mother and SHAWNEE at one time and that his mother had tried to
shoot SHAWNEE.  He said that he did not know why his mother
wanted to do this.  He said that while they were living in
Arizona, that several individuals had moved in with him and his
wife.  This included a girl by the name of BLUE, LARRY (the
victim) and a subject by the name of SCOOTER.  He said that LARRY
and SCOOTER had some sort of a gang-bang going on with BLUE.  He
said that he eventually went to court, got an order to have the
subjects removed from his house.

| ORTING OFFICERS H. D. AUSTIN, DET. A-1021 | DATE 2/2/88 | REVIEWED BY | TYPED BY LM M-0444 | ROUTED BY | DATE |
|---|---|---|---|---|---|

FURTHER ACTION:
☐ YES  ☐ NO

COPIES TO:
☐ Detective
☐ Dist. Atty.

☐ SD/PD
☐ CII
☐ Patrol

☐ Other
☐ Other

REMARKS

IR 88007009-09
H 30-08

SHEF... 'S DEPARTMENT
County of San Bernardino
California
CA 03600

REPORT AREA
SUPPLEMENTAL

| )DE SECTION | CRIME | CLASSIFICATION |
|---|---|---|
| PC 187 | MURDER | GUNSHOT |

| CTIM'S NAME — LAST NAME | FIRST NAME | MIDDLE NAME (FIRM NAME IF BUSINESS) |
|---|---|---|
| V#1 - STEINBRING, LARRY J. (Deceased) | V#2 - SANDERS, SHAWNEE LEA |

| )DDRESS | RESIDENCE | BUSINESS | PHONE |
|---|---|---|---|
| 1919 YUCCA MESA, LANDERS, CA 92284 | | | ( ) |

Page two

PRE POLYGRAPH INTERVIEW: SUSPECT GREGORY LYNN SANDERS (continued)

During this interview he also talked about custody disputes he had had with his ex-wife, KATHY, stating that KATHY had kidnaped his son, ALEX, on three different occasions and on one occasion held him hostage and a SWAT team had to remove ALEX from her custody. He indicated that KATHY had kept ALEX away from him on three different occasions. On the first occasion for nine months.

The second occasion for two months, and the third occasion for one month.

He indicated that he had been having problems with SHAWNEE and SHAWNEE had finally kicked him out of his own house.

He said that last Thanksgiving, he had found out that LARRY and SHAWNEE had moved to Morongo. He had been receiving letters from SHAWNEE and SHAWNEE had hinted that she wanted to try to get back together. He said that he had received a 90 minute cassette tape from SHAWNEE around New Year's.

The Polygraph examiners asked him about his blackout spells and he told them that he has been experiencing these types of spells for approximately the last eight years; and during the last couple of years they have been occurring on a regular basis. He says that they will occur approximately three times a month.

GREGORY told the examiners that when he feels these blackouts coming on, that his face will start tingling and it becomes numb.

He was asked if he had ever been in an accident and he indicated that he had been in an accident four years ago while water skiing, that he had spent time in the hospital. He said that he had found out that he had been unconscious for approximately two hours during this accident.

| )RTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| H. D. AUSTIN, DET. A-1021 | 2/2/88 | TJ Oa | LM M-0444 | | |

| FURTHER ACTION: | COPIES TO: | | | REMARKS |
|---|---|---|---|---|
| ☐ YES ☐ NO | ☐ Detective | ☐ SD/PD | ☐ Other | |
| | ☐ Dist. Atty. | ☐ CII ☐ Patrol | ☐ Other | (23) |

SRIFF'S DEPARTMENT

County of San Bernardino
California

CA 03600

DR 88007009-0

H 30-88

REPORT AREA

SUPPLEMENTAL

| CODE SECTION | | CRIME | | CLASSIFICATION | | |
|---|---|---|---|---|---|---|
| PC 187 | | MURDER | | GUNSHOT | | |

| VICTIM'S NAME — ST NAME | FIRST NAME | | MIDDLE NAME | (FI ST NAME IF BUSINESS) |
|---|---|---|---|---|
| V#1 - STE NBRING, LARRY J. (Deceased) | V#2 - SANDERS, SHAWNE EA | | | PHC E ( ) |

| ADDRESS | RESIDENCE | BUSINESS |
|---|---|---|
| 1919 YUCCA MESA, LANDERS, CA 92284 | | |

Page three

PRE-POLYGRAPH INTERVIEW: SUSPECT GREGORY LYNN SANDERS (continued)

The examiners then attempted to focus on the week before the
shooting. GREGORY SANDERS told the examiners that the first day
that he had gotten to Morongo, that he had seen SHAWNEE in the
afternoon and that they (SHAWNEE and ALEX) played and BELVEDERE
who was staying at the residence helped him unload some of his
stuff into the garage.

On the second day, he said that he discussed with SHAWNEE if she
wanted LARRY's type of life or his type of life, and that she was
going to have to decide on who she wanted to live with. He said
that he had received the 90 minute cassette tape around New
Year's, and on that tape SHAWNEE had told him that she did not
want to divorce him.

GREGORY told the examiners that on the second or third day, that
he was in Morongo, he believed it was Friday, he had gone around
the area attempting to locate electric companies in order to try
and find a job. He said that night that he had slept on the
couch and LARRY and SHAWNEE had slept in the same bedroom. He
was asked if that bothered him, and he responded by saying, it
kind of bothered me, even though LARRY was there, it was
SHAWNEE's choice.

On Sunday, he said that they had all gone to church and that he
came home and he changed his clothes. He said that they had a
large meal then watched the Super Bowl game and later that
evening played Spades and Backgammon and some other games.

The next morning he said that he was awakened at about 07:45
A.M., and he was awakened by BELVEDERE, who had walked into the
kitchen area. He said that he got himself a cup of coffee and
that he then got ALEX up, and got ALEX a bowl of cereal. He said
that at the time ALEX was sleeping in the room adjacent to the
living room and that he could see ALEX from the couch, which he
had been sleeping on.

| PORTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| H. D. AUSTIN, DET. A-1021 | 2/2/88 | 7 OC | LM M-0444 | | |
| FURTHER ACTION: | COPIES TO: | SD/PD | Other | REMARKS | |
| YES   NO | Detective   Dist. Atty. | CII   Patrol | Other | | 24 |

RIFF'S DEPARTMENT

County of San Bernardino

California

CA 03600

| DR 88007009-09 |
| H 30-88 |
| REPORT AREA |
| SUPPLEMENTAL |

| ODE SECTION PC 187 | CRIME MURDER | CLASSIFICATION GUNSHOT |
| --- | --- | --- |

| M'S NAME — LAST NAME V#1 - STEINBRING, LARRY J. (Deceased) FIRST NAME | DD NAME V#2 - SAND: S. SHAWNEE LEA (FIRM NAME IF BUSINESS) |
| --- | --- |

| DDRESS 1919 YUCCA MESA, LANDERS, CA 92284 | ☐ RESIDENCE | ☐ BUSINESS | PHONE ( ) |
| --- | --- | --- | --- |

Page four

PRE POLYGRAPH INTERVIEW:  SUSPECT GREGORY LYNN SANDERS  (continued)

He said that once ALEX was up he told ALEX that they needed to go to town.  They got the cereal and that once he ate, he then made ALEX give DEL a kiss, that they then got in their car and left for town.

GREGORY told the examiners that this was about 8:20 in the morning.  While en route to town, ALEX had told him that he wanted a MacDonald's Happy Meal.  He said that he told his son that it was too early in the morning, but they went to MacDonald's then had breakfast.  He said that he had purchased himself a sausage/egg MacMuffin, and ALEX had the Big Breakfast. He said he then read the newspaper at MacDonald's and mentioned reading about the Super Bowl game.  While there, ALEX wanted to go to the playground, but he told him that he couldn't go, telling him that they had to go to the Welfare Office.

The polygraph examiner asked him if he was familiar with the area and if he had been stationed in 29 Palms and he stated that he had.  He said that he remembered telling ALEX that they couldn't go to the playground, but would do it after they got back from the Welfare Office.  He told the examiners that that was all he could remember about what had happened that day.  He told them that he did not remember driving home.  He was specifically asked about the duck and responded by saying that the duck had come up missing.  The next thing he remembered that he was up on a hill, shooting a guy on a cross.

He said he remembered that he was in an open area and he heard voices coming from the cross on the mountain.  He said he saw the man standing there and the man said "Now you're up here, you're not getting your duck back."  He said that he remembered shooting at the man and the man continued to laugh at him.

| ORTING OFFICERS H. D. AUSTIN, DET. A-1021 | DATE 2/2/88 | REVIEWED BY HDA | TYPED BY LM M-0444 | ROUTED BY | DATE |
| --- | --- | --- | --- | --- | --- |

| FURTHER ACTION: ☐ YES ☐ NO | COPIES TO: ☐ Detective ☐ Dist. Atty. | ☐ SD/PD ☐ CII ☐ Patrol | ☐ Other ☐ Other | REMARKS |
| --- | --- | --- | --- | --- |

DR 88007009-09
H 30-88

**S... RIFF'S DEPARTMENT**

County of San Bernardino
California

CA 03600

REPORT AREA

**SUPPLEMENTAL**

| ODE SECTION | CRIME | CLASSIFICATION |
|---|---|---|
| PC 187 | MURDER | GUNSHOT |

| VICTIM'S NAME — LAST NAME | RESIDENCE | BUSINESS | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|---|---|
| V#1 - STEINBRING, LARRY J. (Deceased) | | | V#2 - SANDERS, SHAWNEE LEA | | |

ADDRESS: 1919 YUCCA MESA, LANDERS, CA 92284    PHONE ( )

Page five

PRE POLYGRAPH INTERVIEW:  SUSPECT GREGORY LYNN SANDERS  (continued)

He told the examiners that he had gotten the gun from the garage, that he remembered going into the garage and looking into a sack of toys and he noticed upon looking in the sack that the duck was gone. He said that he saw the gun in it's holster and took the gun out of the holster. He said he then remembered walking up the steps to the trailer. He then said that Detective NASH had described it as being detached. He said that he was detached and looking at himself and the next thing he knew he was walking down the road.

GREGORY told the polygraph examiners that the gun which he had used to shoot at the cross was always kept loaded and that the bullets were flat nosed. He described the gun as being a .38 caliber handgun, blue in color, with black rubber grips. He was asked when he last checked the gun to see if it was loaded and he told the examiners that this was eight or nine days ago when he had gotten the gun back from Peoria Police. He said that he kept the gun in his car, and when cleaning it out upon arrival in Morongo, that he had placed the gun in a sack along with some cassette tapes, toys, alarm clock and his stereo. He then told the examiners that once he had looked in the bag for the duck and had found out that the duck was not there, that he took the gun out.

He told the examiners that he remembered shooting the gun once while up on the hill. He said that something had told him to go to the top of the mountain. he said that he had heard voices while approaching the hill. He said that sometimes he heard one voice and sometimes he would hear two voices. The voices were telling him to keep on coming up the hill and everything was going to be okay.

| REPORTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| H. D. AUSTIN, DET. A-1021 | 2/2/88 | T.O.C. | LM M-0444 | | |

FURTHER ACTION:  ☐ YES  ☐ NO

COPIES TO:  ☐ Detective  ☐ Dist. Atty.  ☐ SD/PD  ☐ CII  ☐ Patrol  ☐ Other  ☐ Other

REMARKS

DR 88007009-09
H 30-88

SI..IFF'S DEPARTMENT

County of San Bernardino
California

CA 03600

REPORT AREA

SUPPLEMENTAL

| ODE SECTION | CRIME | CLASSIFICATION |
| --- | --- | --- |
| PC 187 | MURDER | GUNSHOT |

| | FIRST  ME | MIDDLE NAME | (FIRM I  ME IF BUSINESS) |
| --- | --- | --- | --- |
| ICTIM'S NAME — LAST NAME | | | |
| V#1 - STEINBRING, LARRY J. (Deceas  ) | V#2 - SANDERS, SHAWNEE LEA | | |

| | ☐ RESIDENCE | ☐ BUSINESS | PHONE |
| --- | --- | --- | --- |
| DDRESS | | | (   ) |
| 1919 YUCCA MESA, LANDERS, CA 92284 | | | |

Page six

PRE POLYGRAPH INTERVIEW:  SUSPECT GREGORY LYNN SANDERS   (continued)

The examiners then asked him about the gun and where it had been
kept in the garage.  He said that he had set the gun on top of
some boxes and he was asked about the condition of the gun, if it
was fully loaded and he said no, that he always kept one chamber
empty under the hammer.  He said that while he was up on the
mountain, that he shot once at the guy on the cross and the next
time he pulled the trigger he heard a click.  He said he then
started to beat the cross with the gun, holding the weapon anyway
he could.

He said a while later that he noticed a helicopter circle around.
He did not recognize who was in the helicopter until it passed
again.  He said at that time he had been sitting on a rock with
his Doberman sitting next to him at his side.  He told them that
the dog's name is "Gungy".  He said that the helicopter landed
and that a man got out and told him to put his hands on top of
his head and turn around.  He said at that time that he had asked
the deputy if he had come up to help him look for his duck.  He
said he was then handcuffed and walked to the helicopter.  He
also told the examiners that his frog was missing also, but that
he really wanted his duck.

During this interview GREGORY indicated that SHAWNEE had been
upset.  LARRY and SHAWNEE had been having a fight, that he had
approached SHAWNEE and asked her if he was upsetting the
relationship and if he was, he would leave.  He told her that the
only reason he had come there was to see if she wanted to get
back together with him.  He told her that the most important
thing to him was that he wanted everybody to be happy.

| ORTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
| --- | --- | --- | --- | --- | --- |
| H. D. AUSTIN, DET. A-1021 | 2/2/88 | 7v̇DC | LM M-0444 | | |

| FURTHER ACTION: | COPIES TO: | | | REMARKS |
| --- | --- | --- | --- | --- |
| ☐ YES  ☐ NO | ☐ Detective | ☐ SD/PD | ☐ Other | |
| | ☐ Dist. Atty. | ☐ CII | ☐ Other | |
| | | ☐ Patrol | | |

DR 8800700J-09
H 30-88

ь. RIFF'S DEPARTMENT

County of San Bernardino
California

CA 03600

REPORT AREA

SUPPLEMENTAL

| CODE SECTION | CRIME | CLASSIFICATION |
|---|---|---|
| PC 187 | MURDER | GUNSHOT |

VICTIM'S NAME — LAST NAME: V#1 - STEINBRING, LARRY    FIRST NAME (Deceased)    MIDDLE NAME    (FIRM NAME IF BUSINESS)
V#2 - SANDERS, SHAWNEE LEA

ADDRESS: 1919 YUCCA MESA, LANDERS, CA 92284    ☐ RESIDENCE    ☐ BUSINESS    PHONE ( )

Page seven

PRE POLYGRAPH INTERVIEW:   SUSPECT GREGORY LYNN SANDERS   (continued)

He told the examiners that either on Friday or Saturday night, that SHAWNEE had asked him if he would go to a local bar with her and he had told her that he would be honored to go with her. He said that once that they were at the bar that he had played pool and that he had talked with her and she had told him that she was confused. He was also asked if he had had sex with her during the last week and he had told the examiners that he had not.

He was then explained the questions that would be used during the polygraph examination and he was asked if he had any knowledge of how the test worked. At this time he told the examiner that some of the questions that he was asking him were used to establish control. He said that he had learned about the polygraph examination through his pastor, DON HARRISON, who had once been a police officer and had showed him how it worked. The examination was then administered at approximately 1730 hours and concluded at approximately 1815 hours, 2/1/88.

Refer to polygraph examination results, examiners DAVE WILLIAMS and MIKE STANSELL.

| REPORTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| H. D. AUSTIN, DET. A-1021 | 2/2/88 | 7o D6 | LM M-0444 | | |

FURTHER ACTION: ☐ YES  ☐ NO

COPIES TO: ☐ Detective  ☐ Dist. Atty.

☐ SD/PD  ☐ CII  ☐ Patrol

☐ Other  ☐ Other

REMARKS

Sr. RIFF'S DEPARTMENT

**County of San Bernardino**
California

CA 03600

PAGE ONE

| CODE SECTION | CRIME | | CLASSIFICATION | |
|---|---|---|---|---|
| PC 187 | | | | |

| VICTIM'S NAME — LAST NAME | FIRST NAME | | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|---|
| STEINBRING | | | | |

DR 88007009-09

REPORT AREA

ADDRESS  [ ] RESIDENCE  [ ] BUSINESS    PHONE ( )

S U P P L E M E N T A L

SUSPECT:

SANDERS, GREGORY L.

ADDITIONAL INFORMATION - REPORTING OFFICER:

On 02-01-88 at approximately 1026 hours I heard radio traffic of a possible shooting at 1919 Yucca Mesa Road. Riding with me in the unmarked Sheriff's unit was Sgt. ROBERT SIMENDICH, the Watch Commander for day shift.

Sgt. SIMENDICH and myself started towards the location at 1919 Yucca Mesa Road. Enroute to the address at 1919 Yucca Mesa Road in the vicinity of Avalon and Aberdeen, a para-medic four wheel drive ambulance was Code 3 behind our unmarked unit.

I arrived at the scene at 1050 hours on 02-01-88 at which time I entered the residence with Sgt. SIMENDICH and observed in the southwest bedroom one person and in the northwest bedroom one person that the para-medics, who entered directly in front of me, were attempting to assist. Inside the residence at this time was Deputy HENLEY.

I then talked to Deputy HENLEY and other persons at the scene to determine who had been inside the residence prior to my arrival. The following persons had been inside the residence: Deputy HENLEY and Deputy LOVAN from the San Bernardino County Sheriff's Department, Morongo Basin Station, para-medics, DOUG ANDERSON and BILL EVANS, who were driving the ambulance. Also two other para-medics who drove a fire truck from the Aberdeen station which were PULLMAN and SIPES. Upon para-medics advising that the subject in the southwest bedroom was deceased and the loading and transportation of the second victim from the northwest bedroom, all persons were removed from the residence by myself pending the arrival of homicide and identification teams.

I then talked with the persons outside to determine if they had been in the residence prior to my arrival and found the following persons had been inside the residence on 02-01-88 in the morning hours:

| REPORTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| KAISER  K-0044 | 02-02-88 | DMK | JB 02-02-88 | | 1-2-88 |

FURTHER ACTION:  COPIES TO:

[ ] YES  [ ] NO

[✓] Detective  [ ] SD/PD  [ ] Other
[✓] Dist. Atty.  [ ] CII  [ ] Other
  [ ] Patrol

REMARKS

(29)

15-15184-401 Rev. 1/83

S  RIFF'S DEPARTMENT

**County of San Bernardino**
California

CA 03600

Dr 88007009-09

REPORT AREA

PAGE TWO

| CODE SECTION | CRIME | CLASSIFICATION |
|---|---|---|
| PC 187 | | |

| VICTIM'S NAME — LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|
| STEINBRING | | | |

| ADDRESS | RESIDENCE | BUSINESS | PHONE ( ) |
|---|---|---|---|

## ADDITIONAL INFORMATION ⁻ REPORTING OFFICER:  (Coniued)

1.  DE LOIES HOBB, WFA, DOB 08-30-27, 1919 Yucca Mesa Road.

2.  MERRIL KENWORTHY, DOB 01-14-43, 1919 Yucca Mesa Road.

3.  ALEX SANDERS, age 4, 1919 Yucca Mesa Road.

Also in the residence was a neighbor, STEPHEN JAMISON, DOB 06-22-52, 1875 Yucca Mesa Road.

I then talked briefly with DELOIES HOBB to attempt to identify the victims in the resi-
dence. The female victim transported to the hospital was SHAWNEE SANDERS, WFA 28, DOB
09-07-59, 1919 Yucca Mesa Road. The second subject possibly deceased in the residence
was only known as STEINBRING, WMA. Subject had nothing further and was not interviewed
further by me at this time.

I then observed that there were foot tracks next to the possible suspect vehicle belonging
to GREG SANDERS who had possibly fled in a northbound direction. Sgt. WHITE from the
Morongo Basin station, accompanied by Deputy HENLEY, attempted to start tracking the
foot prints.

A short time later I heard a noise that sounded like a gunshot coming from the mountain
area north of our location. I then recovered a set of binoculars from my unit and started
looking at the mountain to which I noticed a white cross at the top and shortly thereafter
saw a subject walking around by the cross wearing blue jeans and a blue jean type jacket.
The subject then went out of sight to the northeast of the cross. The helicopter was sum-
moned to the area and located the suspect on the mountain.

I then stood by protecting the crime scene pending arrival of homicide detail, allowing
no further person/s to enter the residence until their arrival.

## DISPOSITION:

Forward to Homicide Detail.

| R  RTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| . KAISER  K-0044 | 02-02-88 | | JB 02-02-88 | | |

| FURTHER ACTION: | COPIES TO: | | | REMARKS |
|---|---|---|---|---|
| ☐ YES  ☐ NO | ☐ Detective | ☐ SD/PD  ☐ CII | ☐ Other  ☐ Other | |
| | ☐ Dist. Atty. | ☐ Patrol | | |

15-15184-401 Rev. 1/83

SHERIFF'S DEPARTMENT

**County of San Bernardino**
**California**

**CA 03600**

| | | | | DR 88007009-09 |
|---|---|---|---|---|
| | | | | REPORT AREA |

PAGE ONE

| CODE SECTION | CRIME | | CLASSIFICATION | |
|---|---|---|---|---|
| PC 187 | | | | |

VICTIM'S NAME — LAST NAME       FIRST NAME       MIDDLE NAME       (FIRM NAME IF BUSINESS)
STEINBRING

| ADDRESS | ☐ RESIDENCE | ☐ BUSINESS | PHONE ( ) |
|---|---|---|---|

---

ADDITIONAL INFORMATION - OFFICER:

**Assignment of call:**
On 02-01-88 at 1022 hours I was assigned to a possible shooting which had occurred in the Landers area at 1919 Yucca Mesa Road. Additionally, radio dispatcher advised that one subject was possibly shot and dead and there was also a possible second victim shot with condition unknown. Finally, I was advised that the alleged suspect had possibly fled from ther area, was still armed and was in the immediate vicinity, whereabouts unknown.

**Arrival at scene:**
After arriving at scene I met with a male subject who was also described to me over the air and who was designated as the reporting party. I immediately asked the subject what had happened and he said there was a shooting and there were two people who had been shot. As I was speaking with the RP I was also making a visual scan for suspect because I did not know his immediate whereabouts. I then asked the reporting party where the victims were located and he then pointed to a brown trailer and stated "INSIDE THE BEDROOMS". He said there were two people inside who were shot. I asked him if anyone else was inside the trailer and he said "YES" that there was a grandmother, a child and one other neighbor. I then asked him again if he had any idea where the suspect was and he said no, that suspect was on foot and was still armed.

I then asked the reporting party if he would please go and get the other subjects out of house and I asked him a final time was he sure there was no one else inside. He then went in and retrieved an older female, a younger male child and a another white male adult. As soon as I had these persons secured I had them stay on the north side of the trailer and on the front porch. I then directed all the persons on the porch not to go anywhere or walk around or disturb anything and I then made a check inside the residence for additional person/s.

**Contact with victims:**
Victim #1: STEINBRING, LARRY JOHN, WMA age unknown. Victim #2 is SANDERS AKA FARLEY, SHAWNEE, WFA 28, DOB 09-07-59.

**Location of Victim #1:**
Location of victim #1 will be in the southwest bedroom. Victim was lying on his left side with his feet facing to the west and it appeared he was lying between the south wall

---

| REPORTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| D. HENLEY H 1424 | 02-02-88 | ODKK | JB 02-02-88 | | 2-2-88 |

| FURTHER ACTION: | COPIES TO: | ☐ SD/PD | ☐ Other | REMARKS |
|---|---|---|---|---|
| ☐ YES   ☐ NO | ☑ Detective | ☐ CII | ☐ Other | |
| | ☐ Dist. Atty. | ☐ Patrol | | |

15-15184-401 Rev. 1/83

SHERIFF'S DEPARTMENT

**County of San Bernardino**
California

CA 03600

DR 88007009-09

REPORT AREA

PAGE TWO

| CODE SECTION | CRIME | | CLASSIFICATION | |
|---|---|---|---|---|
| PC 187 | | | | |

| VICTIM'S NAME — LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|
| STEINBRING | | | |

| ADDRESS | ☐ RESIDENCE | ☐ BUSINESS | PHONE ( ) |
|---|---|---|---|

**Location of Victim #1:**  (continued)

and the bed. After making a brief check of victim #1, it appeared he was deceased. I then went over to the northwest bedroom, saw a white female lying on her right side wearing a blue aqua robe and covered with a blanket with bloodstains on it. At that time I made a check to determine if she was dead or alive and after nudging her a bit and identifying myself as being from the Sheriff's Office, she made some sounds. I made a further check of the female and found she was still conscious and asked her what had happened. The female told me she had been shot in the abdomen. I then asked her for what would be a dying declaration, who shot her and she said "IT WAS GREG". It was difficult for her to speak at this time and I then advised her medical help would be on the way shortly. I left the female as she laid and kept her covered.

After my brief check and conversation with SHAWNEE SANDERS, victim #2, I went back to the porch to get further information from subjects outside. Subjects stated that the suspect by the name of GREG SANDERS had left on foot in an unknow direction and was possibly still armed with a revolver. I then continued my investigation with other responding deputies and Sgt. AL WHITE.

**Further Observations:**

Additionally, I observed on my arrival a vehicle that was parked faced in on the northwest corner of the mobile home. This was a primer-top and faded yellow body Dodge Singer bearing Arizona license plate VYT026. I also noticed there was a large Vibram type foot-print with a rounded toe which I believed belonged to suspect. Eventually, this same track was followed towards what is locally known as the Goat Mountain area to the north.

Additionally, I saw there was what appeared to be a bullet hole in a west facing window from the southwest bedroom. There was also a small outward indentation whcih may also have been the result of a bullet.

**TRACKING OF SUSPECT:**

Sgt. AL WHITE and myself began to follow possible suspect foot tracks northbound on a dirt road which had been freshly graded towards the Goat Mountain area. We followed these tracks until they turned to the east on another dirt road, then cut through a residence back to the north. From there, we were unable to spot any further foot tracks, however, we did receive information that suspect might be climbing in the rocks up in front of us

| REPORTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| J.D. HENLEY  H-1424 | 02-02-88 | | JB 02-02-88 | | |

| FURTHER ACTION: | COPIES TO: | | | REMARKS |
|---|---|---|---|---|
| ☐ YES  ☐ NO | ☐ Detective | ☐ SD/PD | ☐ Other | |
| | ☐ Dist. Atty. | ☐ CII  ☐ Patrol | ☐ Other | |

15-15184-401 Rev. 1/83

SHERIFF'S DEPARTMENT

**County of San Bernardino**
**California**

**CA 03600**

| | CASE NO. |
|---|---|
| | DR 88007009-09 |
| | REPORT AREA |

PAGE THREE

| CODE SECTION | CRIME | | CLASSIFICATION | |
|---|---|---|---|---|
| PC 187 | | | | |

| VICTIM'S NAME — LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|
| STEINBRING | | | |

| ADDRESS | | RESIDENCE | BUSINESS | PHONE ( ) |
|---|---|---|---|---|

**TRACKING OF SUSPECT:** (continued)

and possibly be accompanied by a black dog of some sort. While we were there investigating the area, we heard a sound that sounded like a gunshot and continued to investigate further in the rocky area.

After continuing our search for suspect, we were notified that suspect had been located by 40-King in the rocky area and taken into custody.

**RECOVERY OF SUSPECT WEAPON:**

I recovered suspect weapon on this date 02-01-88 at 1344 hours after being flown to the top of a hill where there is a white crossd at its pinnacle. This area is located almost directly to the north of victim's residence. While in that area, I recovered a blue steel revolver made by Taurus, appearing to have a four inch barrel. Additionally, it had plastic grips and appeared it had been scraped or pushed into some type of material which scoured the mouth of the barrel. Additionally, there was some type of marking on the rubber grips. The gun was laying on its left side directly to the north of the white cross which was imbedded in the rocks. The barrel of the gun was approximately 11½ inches from the north face of the wooden cross, that is 11½ inches from the side of the cross to the mouth of the barrel. A second approximate measurement was taken from a elongated line from the cross to the west and the butt of the gun will be approximately 9 3/4 inches from the elongated line to the west from the north face of the post. The post itself is 3½ inches in depth and 7 wide with the 7 inches directed east and west.

The surrounding terrain is extremely rocky with very little surface dirt visible.

**CHAIN OF EVIDENCE:**

After returning with 40-King to crime scene, I gave the recovered weapon to Criminalist, JOHN JOHNSON, on this date 02-01-88 at 1405 hours.

**PHOTOGRAPHS TAKEN:**

I took several photographs of the suspect weapon at location where it was found in the rocky mountainous area.

| REPORTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| J.D. HENLEY  H-1424 | 02-02-88 | | JB 02-02-88 | | |

| FURTHER ACTION: | COPIES TO: | | | REMARKS |
|---|---|---|---|---|
| ☐ YES   ☐ NO | ☐ Detective   ☐ Dist. Atty. | ☐ SD/PD   ☐ CII   ☐ Patrol | ☐ Other   ☐ Other | *33* |

15-15184-401 Rev. 1/83

| SHERIFF'S DEPARTMENT | CASE NO. |
| --- | --- |
| County of San Bernardino<br>California | DR 88007009-09 |
| CA 03600 | REPORT AREA |

PAGE FOUR

| CODE SECTION | CRIME | CLASSIFICATION |
| --- | --- | --- |
| PC 187 | | |

| VICTIM'S NAME — LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
| --- | --- | --- | --- |
| STEINBRING | | | |

| ADDRESS | RESIDENCE | BUSINESS | PHONE ( ) |
| --- | --- | --- | --- |

PHOTOGRAPHS TAKEN: (continued)

The photographs were sent through the Sheriff's Criminalistic lab for processing.

DISPOSITION:

Case CLEARED BY ARREST. Forward report to Homicide Detail and District attorney.

| REPORTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
| --- | --- | --- | --- | --- | --- |
| J.D. HENLEY  H-1424 | 02-02-88 | | JB 02-02-88 | | |

| FURTHER ACTION: | COPIES TO: | | | REMARKS |
| --- | --- | --- | --- | --- |
| ☐ YES  ☐ NO | ☐ SD/PD  ☐ Detective  ☐ Dist. Atty. | ☐ Other  ☐ CII  ☐ Patrol | ☐ Other | (34) |

15-15184-401 Rev. 1/83

SHERIFF'S DEPARTMENT
County of San Bernardino
California

CA 03600

CASE NO. 88007001-09

REPORT AREA

| CODE SECTION PC 187 | CRIME HOMICIDE | CLASSIFICATION |
|---|---|---|

VICTIM'S NAME — LAST NAME        FIRST NAME        MIDDLE NAME        (FIRM NAME IF BUSINESS)

ADDRESS        ☐ RESIDENCE        ☐ BUSINESS        PHONE ( )

ARRIVAL: I ARRIVED AT THE SCENE AT APPROX. 1040AM
ON 2/1/88. I WAS ASSIGNED TO DO A PRELIMINARY
INTERVIEW ON A MAN DRESSED IN LEVIS AND A GREEN
MILITARY FIELD JACKET.

INTERVIEW: JAMISON, STEPHEN K d.o.b. 06-22-52
1875 YUCCA MESA RD., LANDERS CA 92286 NO PHONE
HE SAYS HE HAS LIVED IN THE AREA ON AND OFF ALL HIS
LIFE. HE IS NOT EMPLOYED. HE RECEIVES STATE AID
BECAUSE HE IS LEGALLY BLIND. HIS LEFT EYE IS GLASS
AND THE VISION IN HIS RIGHT EYE IS VERY POOR.
HE DOES NOT HAVE A PHONE SO HE CAME NEXT DOOR
ABOUT 10:00 TO 10:10 AM TO USE THEIR PHONE. HE
NEEDED TO CALL FOR A RIDE SO HE COULD GO TO TOWN,
GET HIS MONEY AND BUY SOME GROCERIES. HE SAYS
HE WAS IN THE HOUSE WITH "BILL", "BELVEDERE"
AND "ALEX". HE SAID "SHAWNEE" AND "LARRY" WERE
IN THE BEDROOM. HE SAID GREG JUST WALKED IN
THE HOUSE AND PAST EVERYBODY, STRAIGHT TO
THE BEDROOM.

| REPORTING OFFICERS ZERKUS ZO70 | DATE 2/1/88 | REVIEWED BY DIK1 | TYPED BY | ROUTED BY | DATE 2.2.88 |
|---|---|---|---|---|---|

FURTHER ACTION:
☐ YES  ☐ NO

COPIES TO:
☐ Detective
☐ Dist. Atty.

☐ SD/PD
☐ CII
☐ Patrol

☐ Other
☐ Other

REMARKS

(35)

15-15184-401 Rev. 1/83

SHERIFF'S DEPARTMENT

**County of San Bernardino**
**California**

CA 03600

NO. 88007001-09

REPORT AREA

| CODE SECTION PC187 | CRIME HOMACIDE | CLASSIFICATION |
|---|---|---|

| VICTIM'S NAME — LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|

| ADDRESS | ☐ RESIDENCE | ☐ BUSINESS | PHONE ( ) |
|---|---|---|---|

_INTERVIEW: JAMISON CONT'D_

HE SAID THERE WAS NO COMMOTION OR ANYTHING
JUST SOME NOISES LIKE BOOKS SLAPPING TOGETHER.
THEN "DELL" WENT IN AND GREG CAME OUT AND
WALKED OUT THE DOOR. THEN "DELL" SAID THAT HE
SHOT THEM. "BELVEDERE" MADE THE CALL TO GET
PARAMEDICS. HE TRIED TO HELP LARRY BUT LARRY
DIDN'T RESPOND. HE COVERED SHAWNEE WITH A
BLANKET, THEN HE GOT ON THE PHONE AND
"BITCHED" BECAUSE THINGS WERE TAKING SO
LONG.

HE SAID HE TALKED TO SHAWNEE YESTERDAY
AND ASKED HER HOW SHE WAS GOING TO HANDLE
THIS TRIANGLE WITH TWO MEN AND SHE TOLD
HIM SHE WOULD HANDLE IT JUST FINE. SHE TOLD
HIM THERE IS NOT A PROBLEM.

HE BELIEVES THE BOOK SLAMMING NOISES WERE
PROBABLY SHOTS. HE BELIEVES THERE WERE FOUR.
HE COULD OFFER NOTHING FURTHER.

| REPORTING OFFICERS ZEIGLIS ZOOTE | DATE 5/1/88 | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|

| FURTHER ACTION: | COPIES TO: | ☐ SD/PD | ☐ Other | REMARKS |
|---|---|---|---|---|
| ☐ YES  ☐ NO | ☐ Detective | ☐ CII | ☐ Other | 36 |
| | ☐ Dist. Atty. | ☐ Patrol | | |

15-15184-401 Rev. 1/83

## SHERIFF'S DEPARTMENT

### County of San Bernardino
### California

### CA 03600

88007009-09

REPORT AREA

01

| CODE SECTION | CRIME | CLASSIFICATION | |
|---|---|---|---|
| PC . 187 | MURDER | FIREARM | |
| ICTIM'S NAME — LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BU 'ESS) |

ADDRESS          [ ] RESIDENCE   [ ] BUSINESS          PHONE ( )

SUSPECT

1. SANDERS, GREGORY LYNN

   WMA  36 YRS.  DOB:  110351   5-6  150  BLN/HZL

   HOME: 1919 YUCCA MESA  LANDERS.

| RTING OFFICERS | | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|---|
| LOVAN  PETER A  6.1282 | | 02/01/88 | | | | |

FURTHER ACTION:     COPIES TO:       [ ] SD/PD    [ ] Other     REMARKS

[ ] YES  [ ] NO     [ ] Detective   [ ] CII     [ ] Other              (37)

                    [ ] Dist. Atty.  [ ] Patrol

**SHERIFF'S DEPARTMENT**

County of San Bernardino
California

CA 03600

CASE NO.

8800 7009-0?

REPORT AREA

01

| CODE SECTION | CRIME | CLASSIFICATION | | |
|---|---|---|---|---|
| PC 187 | MURDER | FIREARM | | |
| VICTIM'S NAME — ST NAME | | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
| SANDERS, SHAWNEE | | | | |

| ADDRESS | [X] RESIDENCE | [ ] BUSINESS | PHONE |
|---|---|---|---|
| 1919 YUCCA MESA   YUCCA VALLEY   92285- | | | ( ) |

ADDITIONAL INFORMATION- OFFICER:

ARRIVAL SEARCH: ON 02-01-88 AT ABOUT 1217, I ARRIVED AND

FOUND A LIGHT BROWN HOUSE ON THE EAST SIDE OF YUCCA

MESA RD. SOUTH OF GOAT MTT. IT HAD A DETACHED OUTBUILDING

UPON ARRIVAL, I ASSISTED DEPUTY HENLEY IN CLEARING THE MAIN

HOUSE. WHILE DOING THIS, SEVERAL OCCUPANTS SAID THAT "GREG"

HAD DONE THE SHOOTING AND HAD LEFT ON FOOT. I THEN

SEARCHED THE SURROUNDING CARS AND OUTBUILDINGS.

TRACKING SEARCH: AFTER CLEARING THE OUTBUILDINGS, I

ASSISTED IN TRACKING SOME FOOTPRINTS NORTHBOUND ON YUCCA

MESA RD. AS THE PRINTS APPROACHED A GREENISH-BROWN HOUSE

NORTH EAST OF 1919 YUCCA MESA, I CHECKED AND CLEARED

SEVERAL SHEDS AND CHICKEN COUPS. WE THEN CHECKED AND

CLEARED THE HOUSE WITH THE OCCUPANTS PERMISSION.

THE FOOTPRINTS WERE FOUND TO CONTINUE NORTH BOUND AND WE

HEARD ONE SHOT FIRED FROM THE GOAT MOUNTAIN AREA.

A SUBJECT WAS SEEN ON THE TOP OF GOAT MOUNTAIN.

| REPORTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| LOVAN PETER A  L-1282 | 02/01/88 | | | | |

| FURTHER ACTION: | COPIES TO: | | | REMARKS |
|---|---|---|---|---|
| [ ] YES  [ ] NO | [ ] Detective | [ ] SD/PD | [ ] Other | (38) |
| | [ ] Dist. Atty. | [ ] CII [ ] Patrol | [ ] Other | |

SHERIFF'S DEPARTMENT

County of San Bernardino
California

CA 03600

8800 7008-09
REPORT AREA

01

CODE SECTION | CRIME | CLASSIFICATION
187 | MURDER | FIREARM
's NAME — LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS)

ADDRESS | ☐ RESIDENCE | ☐ BUSINESS | PHONE ( )

ADDITIONAL INFORMATION: OFFICER

ARREST: THE OTHER TRACKING DEPUTIES AND I SECURED

THE SOUTH FACE OF THE MOUNTAIN UNTIL THE MAN COULD

BE IDENTIFIED BY SHERIFF'S AVIATION DIVISION WHO SUBSEQUENTLY

TOOK GREG SANDERS INTO CUSTODY.

(SEE ADDITIONAL BY DEPUTY J.D. HENLEY)

REPORTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE
LOVAN PETER A L-1282 | 02/01/8 |  |  |  |

FURTHER ACTION: ☐ YES ☐ NO

COPIES TO: ☐ Detective ☐ Dist. Atty.

☐ SD/PD ☐ CII ☐ Patrol

☐ Other ☐ Other

REMARKS

39



**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**

*"Dedicated To Your Safety"*



Floyd Tidwell
*Sheriff*

## CONSENT TO SEARCH

Date _Feb    2_ , 19 _88_    Location _1919 Yucca Mazi,_
_____
City and State

I, _GREGORY LYNN SANDERS_ , have been informed of my right
not to have a search made of the premises and/or vehicle mentioned herein
without a search warrant. However, I hereby authorize:

_LIONEL S. NASH AND DAVE AUSTIN_ , duly
appointed representatives of the San Bernardino County Sheriff's Department to
conduct a complete search of the premises and/or vehicle herein mentioned:

_1972 DODGE LIC. AZ VYT 026_
_AND MY PERSONAL PROPERTY AT THE ABOVE ADDRESS_

This written permission is given by me to the above-named officers voluntarily
and without promises, threats or duress of any kind. I understand that I may ask
for and receive a receipt for all things taken as a result of said search.

Signature of Witnesses:                    Signature of Consenting Party:

_Harold Aust. Sr. Dep._                    X _Gregory L. Sanders_
_____                   _____
Signature and Title                        Signature

_Lionel S. Nash_                           _NONE_
_____                   _____
Signature and Title                        Address

                                           _____
                                           City, State and Phone Number

                                           _____
                                           Owner, Rentor, Lessee, etc.

Post Office Box 569, San Bernardino, CA 92403

02-16410-401



SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT

*"Dedicated To Your Safety"*

Floyd Tidwell
*Sheriff*



## CONSENT TO SEARCH

Date __FEB 1ST__, 19__88__    Location __1919 Yucca Mesa Landers, CA.__
City and State

I, __Delories Hobbs__ , have been informed of my right
not to have a search made of the premises and/or vehicle mentioned herein
without a search warrant. However, I hereby authorize:

__Detective Gerrit C. Tesselaar__ , duly
appointed representatives of the San Bernardino County Sheriff's Department to
conduct a complete search of the (premises) and/or vehicle herein mentioned:

__1919 Yucca Mesa Landers, CA (Garage)__

This written permission is given by me to the above-named officers voluntarily
and without promises, threats or duress of any kind. I understand that I may ask
for and receive a receipt for all things taken as a result of said search.

Signature of Witnesses:                Signature of Consenting Party:

__Gerrit Tesselaar__                   __De'Lories A. Hobbs__

Signature and Title                    Signature
                                       1919 Yucca Mesa
                                       HCR 02 1000-I Yucca Valley

Signature and Title                    Address    92284

                                       Landers   364-3511
                                       City, State and Phone Number

                                       Owner
                                       Owner, Rentor, Lessee, etc.

Post Office Box 569, San Bernardino, CA 92403

(41)

02-16410-401

STORED AT

# EVIDENCE TAG

B  39960

## SHERIFF'S OFFICE
SAN BERNARDINO, CA

DR. NO. BB007009-CA
DATE 2-1-88
DIVISION
CRIME Homicide PC 187

DESCRIPTION:

SERIAL NO. N/A
Brown Leather Recover-
Holster Recover-
ed From Garage
@ A19 Yucca Mesa
Landers, CA.

DISPO CODE

CHECK: ☐ SEARCH WARRANT
☐ FOUND
☐ SAFEKEEPING

OWNER
NAME Sanders, Gregory
ADDRESS A19 Yucca Mesa
PHONE

RECOVERED BY:
DEPUTY Tesselaar
EMPLOYEE # T0284

---

Evidence   B  39960
Tag

## SHERIFF'S OFFICE
SAN BERNARDINO, CALIFORNIA
DR. NO. BB007009-CA
DATE 2-1-88
DIVISION Homicide
CRIME PC 187

CHECK: ☐ SEARCH WARRANT
☐ FOUND
☐ SAFEKEEPING

STORED AT

EVIDENCE TAG     B  39961

SHERIFF'S OFFICE
SAN BERNARDINO, CA

DR. NO. BB 00 7009-09
DATE 7-1-88
DIVISION
CRIME Homicide PC 187

DESCRIPTION:

SERIAL NO. N/A
MISC. PAPERS BE-
LONGING TO SUSPECT
GREG SANDERS RE-
COVERED FROM HIS
VEHICLE

DISPO CODE

OWNER NAME SANDERS, GREGORY
ADDRESS 1919 YUCCA MESA
PHONE
RECOVERED BY:
DEPUTY TESSELAAR
EMPLOYEE # TD284

CHECK: ☐ SEARCH WARRANT
☒ FOUND
☐ SAFEKEEPING

---

Evidence  B  39961
Tag

SHERIFF'S OFFICE
SAN BERNARDINO, CALIFORNIA

DR. NO. BB 00 7009-09
DATE 7-1-88
DIVISION Homicide
CRIME PC 187

CHECK: ☐ SEARCH WARRANT
☒ FOUND
☐ SAFEKEEPING

Booking No. _____

SAN BERNARDINO COUNTY
SHERIFF'S DEPARTMENT
ARREST/BOOKING APPLICATION

File No. ___ 96-90-52009-09

Date/Time Booked _____

SS No. 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

DDL No. TDO6092   State AZ

Arresting Agency 5650

Date of Arrest 3-1-88

Time of Arrest 1146 HRS

Name: Last SANDERS   First GREGORY   Middle LYNN   aka or Maiden Name ____

| Race | Sex | Age | DOB | Ht | Wt | Hair | Eyes | Place of Birth | Scars, Marks, etc. |
|---|---|---|---|---|---|---|---|---|---|
| W | M | 36 | 11-3-51 | 5-6 | 150 | BLN | BLU | PHTNX, IN. | 1 SCAR 1 ELBOW |

eq. per 853 6PC

Address No. and Street 1919 YUPCO MESA RD   City LANDERS   State CA   Phone No. ____

Time at address 1 WK   Time in State 1 WK   Marital Status MAR   No. of Dependents 4   Ages 4, 9, 12, 15

Employer's Name/Address UNEMPLOYED ENG MILL   Phone N/A   Job ____   How Long? ____

No. of Prior: Arrests 2   Misdemeanor Convictions 1   Felony Convictions ____   Exconvict? ____

Currently on: Parole NO   Probation NO   Bail NO   OR Release NO   Citation Release ____

Name and address of PO ____   Phone ____

Place of Arrest GONT MTN LANDERS CA   Location of Vehicle ____

License No. ____   Make ____   Color ____

Citizen's Arrest: Name ____   Address ____   Phone ____

|  | FIRST CHARGE | SECOND CHARGE | THIRD CHARGE |
|---|---|---|---|
| Code/Sect. No. | 187 PC | 664/187 PC | |
| Def. | MURDER | ATT MURDER | |
| Warrant No. | | | |
| Court | MSMC | MDMC | |

Holds: (Out of County Warrants, etc.) ____

Injury or illness? ____   Medication required? ____

Checked/Treated at Hospital? ☐ Yes ☑ No   Hospital where treated: ____

| Details, Additional Charges, Special Instructions | Yes | No | NOT RELEASED PER 853.6(J) BECAUSE: (Answer all sections) |
|---|---|---|---|
| BLUE SUSPECT ARRESTED BY DEP FETIC (JOR) POSSIBLE HOMICIDE INV. | — | — | The person arrested was so intoxicated that he could have been a danger to himself or to others. |
| | — | — | The person arrested required medical examination or medical care, or was otherwise unable to care for his own safety. |
| | — | — | The person was arrested for one or more of the offenses listed in Section 40302 of the Vehicle Code. |
| | — | — | There were one or more outstanding arrest warrants for the person. |
| | — | — | The person could not provide satisfactory evidence of personal identification. |
| | — | — | The prosecution of the offense or offenses for which the person was arrested, or the prosecution of any other offense or offenses, would be jeopardized by immediate release of the person arrested. |
| | — | — | There was a reasonable likelihood that the offense or offenses would continue or resume, or that the safety of persons or property would be imminently endangered by release of the person arrested. |
| 495'ə | — | — | The person arrested demanded to be taken before a magistrate or refused to sign the notice to appear. |
| | — | — | Any other reason. If the person arrested was not released for one or more of the reasons specified in one or more of the above paragraphs the ARRESTING OFFICER shall specifically state below the reason for the nonrelease. |

Arresting Officer W. FETIC

Agency SBSD AVIATION

Transporting ____

(44)

# CERTIFICATE OF DEATH
## STATE OF CALIFORNIA

388391591876

LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER

| | | | | |
|---|---|---|---|---|
| STATE FILE NUMBER | | | | |
| 1A. NAME OF DECEDENT—FIRST | 1B. MIDDLE | | 1C. LAST | 2A. DATE OF DEATH (MONTH, DAY, YEAR) / 2B. HOUR Found |

**DECEDENT PERSONAL DATA**

1A. NAME OF DECEDENT—FIRST: LAWRENCE  1B. MIDDLE: JOHN  1C. LAST: STEINBRING

2A. DATE OF DEATH: February 1, 1988  2B. HOUR: 1044

3. SEX: Male  4. RACE/ETHNICITY: 5. SPANISH/HISPANIC NO: CX  6. DATE OF BIRTH: February 28, 1948

7. AGE: 39 YEARS  IF UNDER 1 YEAR MONTHS DAYS  IF UNDER 24 HOURS HOURS MINUTES

8. BIRTHPLACE OF DECEDENT (STATE OR FOREIGN COUNTRY): WI

9. NAME AND BIRTHPLACE OF FATHER: William A. Steinbring – WI

10. BIRTH NAME AND BIRTHPLACE OF MOTHER: Maxine Schaub – WI

11A. CITIZEN OF WHAT COUNTRY: USA  11B. IF DECEASED WAS EVER IN MILITARY GIVE DATES OF SERVICE: 19 –– TO 19 ––

12. SOCIAL SECURITY NUMBER: 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  13. MARITAL STATUS: Married

14. NAME OF SURVIVING SPOUSE (IF WIFE, ENTER BIRTH NAME): Robin Unknown

15. PRIMARY OCCUPATION: Stone Mason  16. NUMBER OF YEARS THIS OCCUPATION: 12 years  17. EMPLOYER (IF SELF-EMPLOYED, SO STATE): Self  18. KIND OF INDUSTRY OR BUSINESS: Construction

**USUAL RESIDENCE**

19A. USUAL RESIDENCE—STREET ADDRESS (STREET AND NUMBER OR LOCATION): 2122 North 2nd Street  19B.

19C. CITY OR TOWN: Flagstaff

19D. COUNTY: Coconino  19E. STATE: AZ

20. NAME AND ADDRESS OF INFORMANT—RELATIONSHIP: Joan J. Remington – Ex-Wife  8 Crestview Rt. 3  Flagstaff, AZ   86004

**PLACE OF DEATH**

21A. PLACE OF DEATH: Residence  21B. COUNTY: San Bernardino

21C. STREET ADDRESS (STREET AND NUMBER OR LOCATION): 1919 Yucca Mesa Road  21D. CITY OR TOWN: Landers

**CAUSE OF DEATH**

22. DEATH WAS CAUSED BY: (ENTER ONLY ONE CAUSE PER LINE FOR A, B, AND C)

IMMEDIATE CAUSE (A): Multiple gunshot wounds  ◄ Minutes

CONDITIONS, IF ANY, WHICH GAVE RISE TO THE IMMEDIATE CAUSE, STATING THE UNDER-LYING CAUSE LAST.

DUE TO, OR AS A CONSEQUENCE OF (B):  ◄

DUE TO, OR AS A CONSEQUENCE OF (C):  ◄

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

24. WAS DEATH REPORTED TO CORONER? Yes JQ088-2-0545

25. WAS BIOPSY PERFORMED? No

26. WAS AUTOPSY PERFORMED? Yes

23. OTHER SIGNIFICANT CONDITIONS—CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN 22A: None

27. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEMS 22 OR 23? TYPE OF OPERATION: No   DATE

**PHYSICIAN'S CERTIFICATION**

28A. I CERTIFY THAT DEATH OCCURRED AT THE HOUR, DATE AND PLACE STATED FROM THE CAUSES STATED.
I ATTENDED DECEDENT SINCE (ENTER MO. DA. YR.) I LAST SAW DECEDENT ALIVE (ENTER MO. DA. YR.)

28B. PHYSICIAN—SIGNATURE AND DEGREE OR TITLE

28C. DATE SIGNED  28D. PHYSICIAN'S LICENSE NUMBER

28E. TYPE PHYSICIAN'S NAME AND ADDRESS

**INJURY INFORMATION**

29. SPECIFY ACCIDENT, SUICIDE, ETC.: Homicide  30. PLACE OF INJURY: Residence

31. INJURY AT WORK: No  32A. DATE OF INJURY—MONTH, DAY, YEAR: February 1, 1988  32B. HOUR: 1044 FND

33. LOCATION (STREET AND NUMBER OR LOCATION AND CITY OR TOWN): 1919 Yucca Mesa Road   Landers

34. DESCRIBE HOW INJURY OCCURRED (EVENTS WHICH RESULTED IN INJURY): Multiple gunshot wounds by assailant/s 38calb.

**CORONER'S USE ONLY**

35A. I CERTIFY THAT DEATH OCCURRED AT THE HOUR, DATE AND PLACE STATED FROM THE CAUSES STATED. AS REQUIRED BY LAW I HAVE HELD AN (INQUEST-INVESTIGATION): Investigation

35B. CORONER—SIGNATURE AND DEGREE OR TITLE: Brian McCormick Coroner, By  35C. DATE SIGNED: Feb.3, 1988

36. DISPOSITION: Removal & Burial  37. DATE—MONTH, DAY, YEAR: Feb. 4, 1988  38. NAME AND ADDRESS OF CEMETERY OR CREMATORY: Citizens Cemetery Flagstaff, AZ

39. EMBALMER'S LICENSE NUMBER AND SIGNATURE: E-7673

40A. NAME OF FUNERAL DIRECTOR (OR PERSON ACTING AS SUCH): Mark B. Shaw Co., INC  40B. LICENSE NO.: 406

41. LOCAL REGISTRAR—SIGNATURE: George R. Pettersen MD  42. DATE ACCEPTED BY LOCAL REGISTRAR: February 3, 1988

| STATE REGISTRAR | A. | B. | C. | D. | E. | F. 9650 |
|---|---|---|---|---|---|---|

* * * * * * * * * * * * This must be in red to be a * * * * * * * * * * * * *
"CERTIFIED COPY"

I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE ON FILE IN THE SAN BERNARDINO COUNTY HEALTH DEPARTMENT, IF THE WORDS CERTIFIED COPY ARE IN RED.

*George R. Pettersen, M.D.*

GEORGE R. PETTERSEN, M.D., M.P.H.
DIRECTOR OF PUBLIC HEALTH

FOR OFFICIAL USE ONLY  NOT FOR COLLECTION OF FUNDS

DEPARTMENT OF PUBLIC HEALTH
REGISTRAR OF VITAL STATISTICS
COUNTY OF SAN BERNARDINO

81

011.013 H26

# CERTIFICATE OF DEATH
## STATE OF CALIFORNIA

LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER

3883910276

| | | | |
|---|---|---|---|
| STATE FILE NUMBER | | | 2A. DATE OF DEATH (MONTH, DAY, YEAR) | 2B. HOUR |
| 1A. NAME OF DECEDENT—FIRST | 1B. MIDDLE | 1C. LAST | 2A. DATE OF DEATH | 2B. HOUR |
| LAWRENCE | JOHN | STEINBRING | February 1, 1988 | 1044 Found |

**DECEDENT PERSONAL DATA**

| | | |
|---|---|---|
| 3. SEX | 4. RACE/ETHNICITY | 5. SPANISH/HISPANIC NO CX | 6. DATE OF BIRTH | 7. AGE |
| Male | | | February 28, 1948 | 39 YEARS |

8. BIRTHPLACE OF DECEDENT (STATE OR FOREIGN COUNTRY): WI

9. NAME AND BIRTHPLACE OF FATHER: William A. Steinbring – WI

10. BIRTH NAME AND BIRTHPLACE OF MOTHER: Maxine Schaub – WI

| | | | |
|---|---|---|---|
| 11A. CITIZEN OF WHAT COUNTRY | 11B. IF DECEASED WAS EVER IN MILITARY GIVE DATES OF SERVICE | 12. SOCIAL SECURITY NUMBER | 13. MARITAL STATUS | 14. NAME OF SURVIVING SPOUSE (IF WIFE, ENTER BIRTH NAME) |
| USA | 19 == TO 19 == | 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 | Married | Robin Unknown |

| | | |
|---|---|---|
| 15. PRIMARY OCCUPATION | 16. NUMBER OF YEARS THIS OCCUPATION | 17. EMPLOYER (IF SELF-EMPLOYED, SO STATE) | 18. KIND OF INDUSTRY OR BUSINESS |
| Stone Mason | 12 years | Self | Construction |

**USUAL RESIDENCE**

| | | |
|---|---|---|
| 19A. USUAL RESIDENCE—STREET ADDRESS (STREET AND NUMBER OR LOCATION) | 19B. | 19C. CITY OR TOWN |
| 2122 North 2nd Street | | Flagstaff |
| 19D. COUNTY | 19E. STATE | 20. NAME AND ADDRESS OF INFORMANT—RELATIONSHIP |
| Coconino | AZ | Joan J. Remington – Ex-Wife |

**PLACE OF DEATH**

| | |
|---|---|
| 21A. PLACE OF DEATH | 21B. COUNTY |
| Residence | San Bernardino |
| 21C. STREET ADDRESS (STREET AND NUMBER OR LOCATION) | 21D. CITY OR TOWN |
| 1919 Yucca Mesa Road | Landers |

20. NAME AND ADDRESS OF INFORMANT: 8 Crestview Rt. 3, Flagstaff, AZ  86004

**CAUSE OF DEATH**

22. DEATH WAS CAUSED BY: (ENTER ONLY ONE CAUSE PER LINE FOR A, B, AND C)

| | | |
|---|---|---|
| IMMEDIATE CAUSE | (A) Multiple gunshot wounds | Minutes |
| CONDITIONS, IF ANY, WHICH GAVE RISE TO THE IMMEDIATE CAUSE, STATING THE UNDERLYING CAUSE LAST | DUE TO, OR AS A CONSEQUENCE OF (B) | |
| | DUE TO, OR AS A CONSEQUENCE OF (C) | |

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

24. WAS DEATH REPORTED TO CORONER? Yes JO88-2-0545

25. WAS BIOPSY PERFORMED? No

26. WAS AUTOPSY PERFORMED? Yes

23. OTHER SIGNIFICANT CONDITIONS—CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN 22A: None

27. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEMS 22 OR 23? TYPE OF OPERATION / DATE: No

**PHYSICIAN'S CERTIFICATION**

28A. I CERTIFY THAT DEATH OCCURRED AT THE HOUR, DATE AND PLACE STATED FROM THE CAUSES STATED. I ATTENDED DECEDENT SINCE (ENTER MO. DA. YR.) I LAST SAW DECEDENT ALIVE (ENTER MO. DA. YR.)

28B. PHYSICIAN—SIGNATURE AND DEGREE OR TITLE

28C. DATE SIGNED

28D. PHYSICIAN'S LICENSE NUMBER

28E. TYPE PHYSICIAN'S NAME AND ADDRESS

**INJURY INFORMATION**

| | | | | |
|---|---|---|---|---|
| 29. SPECIFY ACCIDENT, SUICIDE, ETC. | 30. PLACE OF INJURY | 31. INJURY AT WORK | 32A. DATE OF INJURY—MONTH, DAY, YEAR | 32B. HOUR |
| Homicide | Residence | No | February 1, 1988 | 1044 FND |

33. LOCATION (STREET AND NUMBER OR LOCATION AND CITY OR TOWN): 1919 Yucca Mesa Road   Landers

34. DESCRIBE HOW INJURY OCCURRED (EVENTS WHICH RESULTED IN INJURY): Multiple gunshot wounds by assailant/s 38cal b.

**CORONER'S USE ONLY**

35A. I CERTIFY THAT DEATH OCCURRED AT THE HOUR, DATE AND PLACE STATED FROM THE CAUSES STATED. AS REQUIRED BY LAW I HAVE HELD AN (INQUEST-INVESTIGATION): Investigation

35B. CORONER—SIGNATURE AND DEGREE OR TITLE: Brian McCormick Coroner, By

35C. DATE SIGNED: Feb. 3, 1988

36. DISPOSITION: Removal & Burial

37. DATE—MONTH, DAY, YEAR: Feb. 4, 1988

38. NAME AND ADDRESS OF CEMETERY OR CREMATORY: Citizens Cemetery Flagstaff, AZ

39. EMBALMER'S LICENSE NUMBER AND SIGNATURE: E-7673

| | | | |
|---|---|---|---|
| 40A. NAME OF FUNERAL DIRECTOR (OR PERSON ACTING AS SUCH) | 40B. LICENSE NO. | 41. LOCAL REGISTRAR—SIGNATURE | 42. DATE ACCEPTED BY LOCAL REGISTRAR |
| Mark B. Shaw Co., INC | 406 | George R. Pettersen MD | February 3, 1988 |

| STATE REGISTRAR | A. | B. | C. | D. | E. | F. 9650 |
|---|---|---|---|---|---|---|

* * * * * * * * * This must be in red to be a * * * * * * * * * *
"CERTIFIED COPY"

I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE ON FILE IN THE SAN BERNARDINO COUNTY HEALTH DEPARTMENT, IF THE WORDS CERTIFIED COPY ARE IN RED.

*George R. Pettersen M.D.*

GEORGE R. PETTERSEN, M.D., M.P.H.
DIRECTOR OF PUBLIC HEALTH

FOR OFFICIAL USE ONLY NOT FOR COLLECTION OF FUNDS

DEPARTMENT OF PUBLIC HEALTH
REGISTRAR OF VITAL STATISTICS
COUNTY OF SAN BERNARDINO

81

CASE NO.

## SHERIFF'S DEPARTMENT

### County of San Bernardino
### California

**CA 03600**

DR 88007009-09

REPORT AREA

PAGE ONE

| CODE SECTION | CRIME | | CLASSIFICATION | |
|---|---|---|---|---|
| PC 187 | | | | |

| VICTIM'S NAME — LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|
| STEINBRING | | | |

| ADDRESS | ☐ RESIDENCE | ☐ BUSINESS | PHONE ( ) |
|---|---|---|---|

## S U P P L E M E N T A L

### SUSPECT:

SANDERS, GREGORY L.

### ADDITIONAL INFORMATION - REPORTING OFFICER:

On 02-01-88 at approximately 1026 hours I heard radio traffic of a possible shooting at 1919 Yucca Mesa Road. Riding with me in the unmarked Sheriff's unit was Sgt. ROBERT SIMENDICH, the Watch Commander for day shift.

Sgt. SIMENDICH and myself started towards the location at 1919 Yucca Mesa Road. Enroute to the address at 1919 Yucca Mesa Road in the vicinity of Avalon and Aberdeen, a para-medic four wheel drive ambulance was Code 3 behind our unmarked unit.

I arrived at the scene at 1050 hours on 02-01-88 at which time I entered the residence with Sgt. SIMENDICH and observed in the southwest bedroom one person and in the northwest bedroom one person that the para-medics, who entered directly in front of me, were attempting to assist. Inside the residence at this time was Deputy HENLEY.

I then talked to Deputy HENLEY and other persons at the scene to determine who had been inside the residence prior to my arrival. The following persons had been inside the residence: Deputy HENLEY and Deputy LOVAN from the San Bernardino County Sheriff's Department. Morongo Basin Station, para-medics, DOUG ANDERSON and BILL EVANS, who were driving the ambulance. Also two other para-medics who drove a fire truck from the Aberdeen station which were PULLMAN and SIPES. Upon para-medics advising that the subject in the southwest bedroom was deceased and the loading and transportation of the second victim from the northwest bedroom, all persons were removed from the residence by myself pending the arrival of homicide and identification teams.

I then talked with the persons outside to determine if they had been in the residence prior to my arrival and found the following persons had been inside the residence on 02-01-88 in the morning hours:

| REPORTING OFFICERS KAISER  K-0044 | DATE 02-02-88 | REVIEWED BY *[signature]* | TYPED BY JB 02-02-88 | ROUTED BY | DATE 2-2-88 |
|---|---|---|---|---|---|

| FURTHER ACTION: | COPIES TO: | | | REMARKS |
|---|---|---|---|---|
| ☐ YES  ☐ NO | ☑ Detective | ☐ SD/PD | ☐ Other | |
| | ☑ Dist. Atty. | ☐ CII | ☐ Other | |
| | | ☐ Patrol | | |

15-15184-401 Rev. 1/83

SHERIFF'S DEPARTMENT

County of San Bernardino
California

CA 03600

Dr 88007009-09

REPORT AREA

PAGE TWO

| CODE SECTION | CRIME | CLASSIFICATION |
|---|---|---|
| PC 187 | | |

| VICTIM'S NAME — LAST NAME | FIRST NAME | MIDDLE·NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|
| STEINBRING | | | |

| ADDRESS | RESIDENCE | BUSINESS | PHONE ( ) |
|---|---|---|---|

ADDITIONAL INFORMATION – REPORTING OFFICER:  (Coniued)

1.  DE LOIES HOBB, WFA, DOB 08-30-27, 1919 Yucca Mesa Road.

2.  MERRIL KENWORTHY, DOB 01-14-43, 1919 Yucca Mesa Road.

3.  ALEX SANDERS, age 4, 1919 Yucca Mesa Road.

Also in the residence was a neighbor, STEPHEN JAMISON, DOB 06-22-52, 1875 Yucca Mesa Road.

I then talked briefly with DELOIES HOBB to attempt to identify the victims in the residence.  The female victim transported to the hospital was SHAWNEE SANDERS, WFA 28, DOB 09-07-59, 1919 Yucca Mesa Road.  The second subject possibly deceased in the residence was only known as STEINBRING, WMA.  Subject had nothing further and was not interviewed further by me at this time.

I then observed that there were foot tracks next to the possible suspect vehicle belonging to GREG SANDERS who had possibly fled in a northbound direction.  Sgt. WHITE from the Morongo Basin station, accompanied by Deputy HENLEY, attempted to start tracking the foot prints.

A short time later I heard a noise that sounded like a gunshot coming from the mountain area north of our location.  I then recovered a set of binoculars from my unit and started looking at the mountain to which I noticed a white cross at the top and shortly thereafter saw a subject walking around by the cross wearing blue jeans and a blue jean type jacket.  The subject then went out of sight to the northeast of the cross.  The helicopter was summoned to the area and located the suspect on the mountain.

I then stood by protecting the crime scene pending arrival of homicide detail, allowing no further person/s to enter the residence until their arrival.

DISPOSITION:

Forward to Homicide Detail.

| REPORTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| . KAISER  K-0044 | 02-02-88 | | JB 02-02-88 | | |

| FURTHER ACTION: | COPIES TO: | | | REMARKS |
|---|---|---|---|---|
| ☐ YES  ☐ NO | ☐ Detective ☐ Dist. Atty. | ☐ SD/PD ☐ CII ☐ Patrol | ☐ Other ☐ Other | |

15-15184-40] Rev. 1/83

SHERIFF'S DEPARTMENT

County of San Bernardino
California

CA 03600

AUTOMATED STAT

DR 88007009-09

REPORT AREA

PAGE ONE

| CODE SECTION<br>PC 187 | CRIME | CLASSIFICATION | |
|---|---|---|---|

| VICTIM'S NAME — LAST NAME<br>STEINBRING | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|

| ADDRESS | ☐ RESIDENCE | ☐ BUSINESS | PHONE<br>(   ) |
|---|---|---|---|

ADDITIONAL INFORMATION - OFFICER:

**Assignment of call:**
On 02-01-88 at 1022 hours I was assigned to a possible shooting which had occurred in the Landers area at 1919 Yucca Mesa Road. Additionally, radio dispatcher advised that one subject was possibly shot and dead and there was also a possible second victim shot with condition unknown. Finally, I was advised that the alleged suspect had possibly fled from ther area, was still armed and was in the immediate vicinity, whereabouts unknown.

**Arrival at scene:**
After arriving at scene I met with a male subject who was also described to me over the air and who was designated as the reporting party. I immediately asked the subject what had happened and he said there was a shooting and there were two people who had been shot. As I was speaking with the RP I was also making a visual scan for suspect because I did not know his immediate whereabouts. I then asked the reporting party where the victims were located and he then pointed to a brown trailer and stated "INSIDE THE BEDROOMS". He said there were two people inside who were shot. I asked him if anyone else was inside the trailer and he said "YES" that there was a grandmother, a child and one other neighbor. I then asked him again if he had any idea where the suspect was and he said no, that suspect was on foot and was still armed.

I then asked the reporting party if he would please go and get the other subjects out of house and I asked him a final time was he sure there was no one else inside. He then went in and retrieved an older female, a younger male child and a another white male adult. As soon as I had these persons secured I had them stay on the north side of the trailer and on the front porch. I then directed all the persons on the porch not to go anywhere or walk around or disturb anything and I then made a check inside the residence for additional person/s.

**Contact with victims:**
Victim #1:  STEINBRING, LARRY JOHN, WMA age unknown.  Victim #2 is SANDERS AKA FARLEY, SHAWNEE, WFA 28, DOB 09-07-59.

**Location of Victim #1:**
Location of victim #1 will be in the southwest bedroom. Victim was lying on his left side with his feet facing to the west and it appeared he was lying between the south wall

| REPORTING OFFICERS<br>. HENLEY H 1424 | DATE<br>02-02-88 | REVIEWED BY | TYPED BY<br>JB 02-02-88 | ROUTED BY | DATE<br>2-2-88 |
|---|---|---|---|---|---|

| FURTHER ACTION: | COPIES TO: | | REMARKS |
|---|---|---|---|
| ☐ YES  ☐ NO | ☑ Detective<br>☑ Dist. Atty. | ☐ SD/PD  ☐ Other<br>☐ CII  ☐ Other<br>☐ Patrol | (S4 |

15-15184-401 Rev. 1/83

**SHERIFF'S DEPARTMENT**

**County of San Bernardino**
**California**

**CA 03600**

| DR 88007009-09 |
|---|
| REPORT AREA |

PAGE TWO

| CODE SECTION | CRIME | | CLASSIFICATION | |
|---|---|---|---|---|
| PC 187 | | | | |

| VICTIM'S NAME — LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|
| STEINBRING | | | |

| ADDRESS | | RESIDENCE | BUSINESS | PHONE ( ) |
|---|---|---|---|---|

**Location of Victim #1:** (continued)

and the bed. After making a brief check of victim #1, it appeared he was deceased. I then went over to the northwest bedroom, saw a white female lying on her right side wearing a blue aqua robe and covered with a blanket with bloodstains on it. At that time I made a check to determine if she was dead or alive and after nudging her a bit and identifying myself as being from the Sheriff's Office, she made some sounds. I made a further check of the female and found she was still conscious and asked her what had happened. The female told me she had been shot in the abdomen. I then asked her for what would be a dying declaration, who shot her and she said "IT WAS GREG". It was difficult for her to speak at this time and I then advised her medical help would be on the way shortly. I left the female as she laid and kept her covered.

After my brief check and conversation with SHAWNEE SANDERS, victim #2, I went back to the porch to get further information from subjects outside. Subjects stated that the suspect by the name of GREG SANDERS had left on foot in an unknow direction and was possibly still armed with a revolver. I then continued my investigation with other responding deputies and Sgt. AL WHITE.

**Further Observations:**

Additionally, I observed on my arrival a vehicle that was parked faced in on the northwest corner of the mobile home. This was a primer top and faded yellow body Dodge Singer bearing Arizona license plate VYT026. I also noticed there was a large Vibram type foot-print with a rounded toe which I believed belonged to suspect. Eventually, this same track was followed towards what is locally known as the Goat Mountain area to the north.

Additionally, I saw there was what appeared to be a bullet hole in a west facing window from the southwest bedroom. There was also a small outward indentation whcih may also have been the result of a bullet.

**TRACKING OF SUSPECT:**

Sgt. AL WHITE and myself began to follow possible suspect foot tracks northbound on a dirt road which had been freshly graded towards the Goat Mountain area. We followed these tracks until they turned to the east on another dirt road, then cut through a residence back to the north. From there, we were unable to spot any further foot tracks, however, we did receive information that suspect might be climbing in the rocks up in front of us

| REPORTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| J.D. HENLEY  H-1424 | 02-02-88 | | JB 02-02-88 | | |

| FURTHER ACTION: | COPIES TO: | | | REMARKS |
|---|---|---|---|---|
| ☐ YES  ☐ NO | ☐ Detective | ☐ SD/PD | ☐ Other | |
| | ☐ Dist. Atty. | ☐ CII   ☐ Patrol | ☐ Other | |

15-15184-401 Rev. 1/83

SHERIFF'S DEPARTMENT

**County of San Bernardino**
**California**

**CA 03600**

| | CASE NO. |
|---|---|
| | DR 88007009-09 |
| | REPORT AREA |

PAGE THREE

| CODE SECTION | CRIME | | CLASSIFICATION | |
|---|---|---|---|---|
| PC 187 | | | | |
| VICTIM'S NAME — LAST NAME | | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
| STEINBRING | | | | |
| ADDRESS | | ☐ RESIDENCE    ☐ BUSINESS | | PHONE ( ) |

## TRACKING OF SUSPECT: (continued)

and possibly be accompanied by a black dog of some sort. While we were there investigating the area, we heard a sound that sounded like a gunshot and continued to investigate further in the rocky area.

After continuing our search for suspect, we were notified that suspect had been located by 40-King in the rocky area and taken into custody.

## RECOVERY OF SUSPECT WEAPON:

I recovered suspect weapon on this date 02-01-88 at 1344 hours after being flown to the top of a hill where there is a white crossd at its pinnacle. This area is located almost directly to the north of victim's residence. While in that area, I recovered a blue steel revolver made by Taurus, appearing to have a four inch barrel. Additionally, it had plastic grips and appeared it had been scraped or pushed into some type of material which scoured the mouth of the barrel. Additionally, there was some type of marking on the rubber grips. The gun was laying on its left side directly to the north of the white cross which was imbedded in the rocks. The barrel of the gun was approximately 11½ inches from the north face of the wooden cross, that is 11½ inches from the side of the cross to the mouth of the barrel. A second approximate measurement was taken from a elongated line from the cross to the west and the butt of the gun will be approximately 9 3/4 inches from the elongated line to the west from the north face of the post. The post itself is 3½ inches in depth and 7 wide with the 7 inches directed east and west.

The surrounding terrain is extremely rocky with very little surface dirt visible.

## CHAIN OF EVIDENCE:

After returning with 40-King to crime scene, I gave the recovered weapon to Criminalist, JOHN JOHNSON, on this date 02-01-88 at 1405 hours.

## PHOTOGRAPHS TAKEN:

I took several photographs of the suspect weapon at location where it was found in the rocky mountainous area.

| REPORTING OFFICERS | | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|---|
| .D. HENLEY  H-1424 | | 02-02-88 | | JB 02-02-88 | | |
| FURTHER ACTION: | COPIES TO: | ☐ SD/PD    ☐ Other | | REMARKS | | |
| ☐ YES    ☐ NO | ☐ Detective | ☐ CII    ☐ Other | | | | |
| | ☐ Dist. Atty. | ☐ Patrol | | | | |

15-15184-401 Rev. 1/83

CASE NO.

## SHERIFF'S DEPARTMENT

DR 88007009-09

### County of San Bernardino
### California

REPORT AREA

### CA 03600

PAGE FOUR

| CODE SECTION | CRIME | CLASSIFICATION | |
|---|---|---|---|
| PC 187 | | | |

| VICTIM'S NAME — LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|
| STEINBRING | | | |

| ADDRESS | RESIDENCE | BUSINESS | PHONE ( ) |
|---|---|---|---|

PHOTOGRAPHS TAKEN: (continued)

   The photographs were sent through the Sheriff's Criminalistic lab for processing.

DISPOSITION:

   Case CLEARED BY ARREST.  Forward report to Homicide Detail and District attorney.

| REPORTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| .D. HENLEY  H-1424 | 02-02-88 | | JB 02-02-88 | | |

| FURTHER ACTION: | COPIES TO: | SD/PD | Other | REMARKS |
|---|---|---|---|---|
| YES   NO | Detective | CII | Other | |
| | Dist. Atty. | Patrol | | |

15-15184-401 Rev. 1/83